**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,330,052**

**United States Patent and Trademark Office** Registered Mar. 14, 2000

**TRADEMARK**
**PRINCIPAL REGISTER**

## LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, BLOUSES, T-SHIRTS, TANK TOPS, TOPS, VESTS, SWEATERS, DRESSES, SKIRTS, JUMPERS, JUMP SUITS, ROMPERS, OVERALLS, JACKETS, BOXER SHORTS, PANTS, JEANS, SHORTS, LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEAT PANTS, SWEAT SUITS, JOGGING SUITS, SLEEP WEAR, SOCKS, BANDANNAS, SWIM WEAR, HATS, CAPS, VISORS, BELTS, SHOES, SNEAKERS, SANDALS, AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-7-1990; IN COMMERCE 12-7-1990.

OWNER OF U.S. REG. NOS. 1,646,123, 1,739,962, AND 1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

SN 75-117,087, FILED 6-11-1996.

DAN VAVONESE, EXAMINING ATTORNEY



Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39, and 41

Reg. No. 3,107,591

United States Patent and Trademark Office Registered June 20, 2006

# TRADEMARK
## PRINCIPAL REGISTER




LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: HANDBAGS, WALLETS, CHANGE PURSES, BACKPACKS, KNAPSACKS, RUCKSACKS, DUFFEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-1996; IN COMMERCE 12-31-1996.

FOR: CLOTHING, NAMELY, SKIRTS, SHIRTS, BLOUSES, PANTS, JACKETS, VESTS, SWEATERS, DRESSES, JUMPSUITS, SHORTS, JEANS, JERSEYS, CULOTTES, SCARVES, TUNICS, BLAZERS, NECKWEAR, BELTS, COATS, HATS, CAPS, HOODS, GLOVES; RAINWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1996; IN COMMERCE 12-31-1996.

OWNER OF U.S. REG. NOS. 1,646,123, 2,846,556, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND AND DUNGAREES", APART FROM THE MARK AS SHOWN.

SN 78-321,365, FILED 10-31-2003.

INGA ERVIN, EXAMINING ATTORNEY



**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,158,107**

**United States Patent and Trademark Office** **Registered May 19, 1998**

**TRADEMARK**
**PRINCIPAL REGISTER**




LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS, SHORTS, BOTTOMS, DRESSES, SKIRTS, JUMPSUITS, OVERALLS, JACKETS, SHIRTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

OWNER OF U.S. REG. NOS. 1,646,123, 1,739,962, AND 1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND" AND "DUNGAREES OF AMERICA", APART FRDM THE MARK AS SHOWN.

SER. NO. 75-118,448, FILED 6-13-1996.

JULIE CLINTON QUINN, EXAMINING ATTORNEY



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,469,997

**United States Patent and Trademark Office**

Registered July 17, 2001

**TRADEMARK**
**PRINCIPAL REGISTER**

## LUCKY ME

LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, BLOUSES, T-SHIRTS, TANK TOPS, TOPS, VESTS, SWEATERS, DRESSES, SKIRTS, JUMPERS, JUMP SUITS, ROMPERS, OVERALLS, JACKETS, BLAZERS, SPORT COATS, BOXER SHORTS, PANTS, JEANS, SHORTS, LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEAT PANTS, SWEAT SUITS, JOGGING SUITS, SUITS, SLEEP WEAR, SOCKS, LEOTARDS, BODY SUITS, TIES, BANDANNAS, SWIM WEAR, HEADBANDS, SUSPENDERS, SCARVES, HATS, CAPS, VISORS, BELTS, SHOES, SNEAKERS, SANDALS, BOOTS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

SN 75-450,495, FILED 3-16-1998.

MARY BOAGNI, EXAMINING ATTORNEY



Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,739,962

**United States Patent and Trademark Office** Registered Dec. 15, 1992

TRADEMARK
PRINCIPAL REGISTER

**LUCKY YOU**

LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
1617 EAST SEVENTH STREET, #18
LOS ANGELES, CA 90021

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-7-1990; IN COMMERCE 12-7-1990.

OWNER OF U.S. REG. NO. 1,646,123.

SER. NO. 74-267,253, FILED 4-20-1992.

MIDGE BUTLER, EXAMINING ATTORNEY




LUCKY 001941

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,400,358**

**United States Patent and Trademark Office** Registered Oct. 31, 2000

**TRADEMARK**
**PRINCIPAL REGISTER**



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, BLOUSES, T-SHIRTS, TANK TOPS, TOPS, DRESSES, SKIRTS, JUMPERS, JUMPSUITS, ROMPERS, OVERALLS, JACKETS, BOXER SHORTS, PANTS, JEANS, SHORTS, LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEAT PANTS, SWEAT SUITS, JOGGING SUITS SLEEPWEAR, SOCKS, BANDANNAS, SWIMWEAR, SCARVES, HATS, CAPS, VISORS, BELTS, SHOES, SNEAKERS, SANDALS, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

OWNER OF U.S. REG. NO. 1,886,118.

SN 75-117,085, FILED 6-11-1996.

CHRISIE B. KING, EXAMINING ATTORNEY



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,129,881

United States Patent and Trademark Office Registered Jan. 20, 1998

## TRADEMARK
PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS, SHORTS, OVERALLS, BOTTOMS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

OWNER OF U.S. REG. NO. 1,886,118.

THE MARK CONSISTS OF A REPEATING FOUR-LEAF CLOVER DESIGN LOCATED ON THE INTERIOR POCKET LINING OF AN ARTICLE OF CLOTHING. THE MATTER SHOWN BY THE DOTTED LINES INDICATE THE OUTLINE OF A PAIR OF PANTS SHOWN IN PHANTOM THAT ARE NOT A PART OF THE MARK BUT SERVE ONLY TO SHOW THE POSITION OF THE MARK INSIDE THE PANTS.

SER. NO. 75-117,852, FILED 6-12-1996.

CYNTHIA A. MANCINI, EXAMINING ATTORNEY



Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,686,829

United States Patent and Trademark Office Registered Feb. 11, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## LUCKY BRAND DUNGAREES

LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: RETAIL STORE SERVICES, OTHER THAN SUPERMARKETS, CONVENIENCE STORES, DRUG STORES AND COMBINATION SUPERMARKET/ DRUG STORES, FEATURING A VARIETY OF GOODS INCLUDING CLOTHING, CLOTHING ACCESSORIES, HEADGEAR, FOOTWEAR, GENERAL MERCHANDISE, GIFT ITEMS, JEWELRY, ACCESSORIES, LUGGAGE, BAGS, WALLETS, CASES, PURSES, HANDBAGS, SUNGLASSES AND CASES THEREFOR, SUNGLASS CORDS AND CHAINS, TOYS, STATIONERY, FRAGRANCES, PERSONAL CARE PRODUCTS, COSMETICS, TOWELS, BLANKETS, BEDDING, HOUSEWARES, ARTWORK, FOOD AND BEVERAGES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-1995; IN COMMERCE 8-30-1996.

OWNER OF U.S. REG. NO. 1,646,123.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND DUNGAREES", APART FROM THE MARK AS SHOWN.

SN 75-030,041, FILED 12-8-1995.

KIMBERLY KREHELY, EXAMINING ATTORNEY



# EXHIBIT 2

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,377,345

**United States Patent and Trademark Office** Registered Jan. 7, 1986

## TRADEMARK
## PRINCIPAL REGISTER

## GET LUCKY

MARCEL FASHIONS, INC. (FLORIDA CORPORATION)
375 N.W. 23 STREET
MIAMI, FL 33127

FOR: MEN'S, WOMEN'S, AND CHILDREN'S CLOTHING AND SPORTSWEAR, NAMELY TOPS, SHIRTS, SHORTS, PANTS, JEANS, SKIRTS, SUITS, VESTS, COATS, UNDERWEAR, LINGERIE, DRESSES, JUMP SUITS AND SWEATERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1-0-1985; IN COMMERCE 1-0-1985.

SER. NO. 527,073, FILED 3-15-1985.

MARK TRAPHAGEN, EXAMINING ATTORNEY

