Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,765,974
Registered Sep. 23, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### GET LUCKY

MARCEL FASHION GROUP, INC. (FLORIDA CORPORATION)
394 N.W. 24TH STREET
MIAMI, FL 33127

FOR: CLOTHING, NAMELY, MEN'S AND WOMEN'S JEANS AND T-SHIRTS; AND BABY CLOTHES, NAMELY T-SHIRTS, SHORT SETS COMPRISED OF TOPS AND SHORTS, PANTS SETS COMPRISED OF TOPS AND PANTS, AND ROMPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-1985; IN COMMERCE 2-0-1985.

SER. NO. 75-466,537, FILED 4-13-1998.

KATHERINE STOIDES, EXAMINING ATTORNEY



DEFENDANT'S EXHIBIT 7 I-11
EM 7/10/07



DEFENDANT'S EXHIBIT B