# Exhibit 1

# Marcel U.S. Trademark Registrations
# and
# Trademark Applications and Registrations Retrieval (TARR)
# Reports

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,377,345
Registered Jan. 7, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## GET LUCKY

MARCEL FASHIONS, INC. (FLORIDA CORPORATION)
375 N.W. 23 STREET
MIAMI, FL 33127

FOR: MEN'S, WOMEN'S, AND CHILDREN'S CLOTHING AND SPORTSWEAR, NAMELY TOPS, SHIRTS, SHORTS, PANTS, JEANS, SKIRTS, SUITS, VESTS, COATS, UNDERWEAR, LINGERIE, DRESSES, JUMP SUITS AND SWEATERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-1985; IN COMMERCE 1-0-1985.

SER. NO. 527,073, FILED 3-15-1985.

MARK TRAPHAGEN, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the TARR web server

This page was generated by the TARR system on 2012-01-17 17:37:25 ET

**Serial Number:** 73527073  Assignment Information    Trademark Document Retrieval

**Registration Number:** 1377345

**Mark (words only):** GET LUCKY

**Standard Character claim:** No

**Current Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Date of Status:** 1992-11-04

**Filing Date:** 1985-03-15

**Transformed into a National Application:** No

**Registration Date:** 1986-01-07

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 001 -File Destroyed

**Date In Location:** 1997-03-08

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MARCEL FASHIONS, INC.

**Address:**
MARCEL FASHIONS, INC.
375 N.W. 23 STREET
MIAMI, FL 33127
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Florida

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Section 8 - Cancelled
MEN'S, WOMEN'S, AND CHILDREN'S CLOTHING AND SPORTSWEAR, NAMELY TOPS, SHIRTS, SHORTS, PANTS, JEANS, SKIRTS, SUITS, VESTS, COATS, UNDERWEAR, LINGERIE, DRESSES, JUMP SUITS AND SWEATERS
**Basis:** 1(a)
**First Use Date:** 1985-01-00
**First Use in Commerce Date:** 1985-01-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

1992-11-04 - Canceled Section 8 (6-year)

1986-01-07 - Registered - Principal Register

1985-10-15 - Published for opposition

1985-09-17 - Notice of publication

1985-08-14 - Approved for Pub - Principal Register (Initial exam)

1985-08-01 - Communication received from applicant

1985-05-21 - Non-final action mailed

1985-05-07 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
EZRA MIZRACHI
MARCEL FASHIONS, INC.
C/O NATIONAL
P.O. BOX 16-1336

MIAMI, FL 33116

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,765,974
Registered Sep. 23, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## GET LUCKY

MARCEL FASHION GROUP, INC. (FLORIDA CORPORATION)
394 N.W. 24TH STREET
MIAMI, FL 33127

FOR: CLOTHING, NAMELY, MEN'S AND WOMEN'S JEANS AND T-SHIRTS; AND BABY CLOTHES, NAMELY T-SHIRTS, SHORT SETS COMPRISED OF TOPS AND SHORTS, PANTS SETS COMPRISED OF TOPS AND PANTS, AND ROMPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-1985; IN COMMERCE 2-0-1985.

SER. NO. 75-466,537, FILED 4-13-1998.

KATHERINE STOIDES, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-01-17 17:39:06 ET

**Serial Number:** 75466537  Assignment Information    Trademark Document Retrieval

**Registration Number:** 2765974

**Mark (words only):** GET LUCKY

**Standard Character claim:** No

**Current Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Date of Status:** 2010-05-01

**Filing Date:** 1998-04-13

**Transformed into a National Application:** No

**Registration Date:** 2003-09-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-07-23

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Marcel Fashion Group, Inc.

**Address:**
Marcel Fashion Group, Inc.
394 N.W. 24th Street
Miami, FL 33127
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Florida

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Section 8 - Cancelled
Clothing, namely, men's and women's jeans and t-shirts; and baby clothes, namely t-shirts, short sets comprised of tops and shorts, pants sets comprised of tops and pants, and rompers
**Basis:** 1(a)
**First Use Date:** 1985-02-00
**First Use in Commerce Date:** 1985-02-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-06-21 - Cancellation terminated for Proceeding

2010-06-21 - Cancellation dismissed for Proceeding

2010-05-01 - Canceled Section 8 (6-year)

2008-09-29 - Cancellation Instituted No. 999999

2008-07-23 - Case File In TICRS

2003-09-23 - Registered - Principal Register

2003-07-11 - Opposition terminated for Proceeding

2003-07-11 - Opposition dismissed for Proceeding

2003-06-09 - TEAS Change Of Correspondence Received

2000-06-05 - Opposition instituted for Proceeding

2000-02-05 - Extension Of Time To Oppose Received

2000-01-04 - Published for opposition

1999-12-03 - Notice of publication

1999-10-14 - Approved for Pub - Principal Register (Initial exam)

1999-10-08 - Examiner's amendment mailed

1999-09-10 - Final refusal mailed

1999-05-28 - Communication received from applicant

1998-11-24 - Non-final action mailed

1998-11-23 - Assigned To Examiner

1998-11-04 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LOUIS R GIGLIOTTI

**Correspondent**
LOUIS R. GIGLIOTTI
LOUIS R. GIGLIOTTI, PA
1605 DEWEY STREET
HOLLYWOOD, FL 33020
Phone Number: 954 922 8214
Fax Number: 954 922 8214



# United States of America
## United States Patent and Trademark Office

# GET LUCKY

**Reg. No. 3,890,282**  
**Registered Dec. 14, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MARCEL FASHIONS GROUP, INC (FLORIDA CORPORATION)
394 NW 24TH STREET
MIAMI, FL 33127

FOR: CLOTHING, NAMELY, MEN'S AND WOMEN'S JEANS, SHIRTS, AND T-SHIRTS, AND BABY CLOTHES, NAMELY, T-SHIRTS, SHORT SETS COMPRISED OF TOPS AND SHORTS, PANTS SETS COMPRISED OF TOPS AND PANTS, ROMPERS AND INFANTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39)

FIRST USE 2-1-1985, IN COMMERCE 2-1-1985

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR

SER NO. 85-038,333, FILED 5-13-2010

KATHERINE STOIDES, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-01-17 17:40:43 ET

**Serial Number:** 85038333   Assignment Information   Trademark Document Retrieval

**Registration Number:** 3890282

**Mark**

# GET LUCKY

**(words only):** GET LUCKY

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2010-12-14

**Filing Date:** 2010-05-13

**Transformed into a National Application:** No

**Registration Date:** 2010-12-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2010-12-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Marcel Fashions Group, Inc.

**Address:**
Marcel Fashions Group, Inc.
394 NW 24th Street
Miami, FL 33127
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Florida
**Phone Number:** 9544714392
**Fax Number:** 9549228214

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, namely, men's and women's jeans, shirts, and t-shirts; and Baby clothes, namely, t-shirts, short sets comprised of tops and shorts, pants sets comprised of tops and pants, rompers and infantwear
**Basis:** 1(a)
**First Use Date:** 1985-02-01
**First Use in Commerce Date:** 1985-02-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-10-06 - Notice Of Suit

2011-09-29 - Notice Of Suit

2010-12-14 - Registered - Principal Register

2010-09-28 - Official Gazette Publication Confirmation E-Mailed

2010-09-28 - Published for opposition

2010-08-25 - Law Office Publication Review Completed

2010-08-25 - Approved for Pub - Principal Register (Initial exam)

2010-08-25 - Previous Allowance Count Withdrawn

2010-07-01 - Withdrawn From Pub - Managing Attorney Request

2010-06-30 - Law Office Publication Review Completed

2010-06-30 - Approved for Pub - Principal Register (Initial exam)

2010-06-20 - Notice Of Acceptance Of Amendment To Allege Use E-Mailed

2010-06-25 - Examiner's Amendment Entered

2010-06-25 - Assigned To LIE

2010-06-25 - Notification Of Examiners Amendment E-Mailed

2010-06-25 - Examiners amendment e-mailed

2010-06-25 - Amendment to Use approved

2010-06-25 - Examiners Amendment -Written

2010-06-25 - Assigned To Examiner

2010-06-24 - Request For Special Handling - Granted

2010-06-24 - Assigned To Petition Staff

2010-06-16 - Amendment To Use Processing Complete

2010-06-16 - Use Amendment Filed

2010-06-15 - TEAS Amendment of Use Received

2010-06-15 - TEAS Request To Make Special Received

2010-05-18 - New Application Office Supplied Data Entered In Tram

2010-05-17 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Louis R. Gigliotti

**Correspondent**
LOUIS R. GIGLIOTTI
LOUIS R. GIGLIOTTI, PA
1605 DEWEY ST

HOLLYWOOD, FL 33020-6116
Phone Number: 9544714392
Fax Number: 9549228214

---

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-01-17 17:42:38 ET

**Serial Number:** 78259867    Assignment Information    Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** GET LUCKY

**Standard Character claim:** No

**Current Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Date of Status:** 2011-06-21

**Filing Date:** 2003-06-09

**The Notice of Allowance Date is:** 2011-06-21

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**Attorney Assigned:**
PERRY KIMBERLY B

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2011-06-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Marcel Fashion Group, Inc.

**Address:**
Marcel Fashion Group, Inc.
394 NW 24th Street
Miami, FL 33127
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Florida
**Phone Number:** 305 576 5151

**Fax Number:** 305 576 2551

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUMES AND COLOGNES
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-06-21 - NOA E-Mailed - SOU Required From Applicant

2010-07-07 - TTAB Release Case To Trademarks

2010-07-07 - Opposition terminated for Proceeding

2010-07-07 - Opposition dismissed for Proceeding

2004-09-09 - Case File In TICRS

2004-05-17 - Opposition instituted for Proceeding

2004-02-09 - Extension Of Time To Oppose Received

2004-01-13 - Published for opposition

2003-12-24 - Notice of publication

2003-11-03 - Approved For Pub - Principal Register

2003-10-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Louis R. Gigliotti

**Correspondent**
LOUIS R. GIGLIOTTI
LOUIS R GIGLIOTTI PA
1605 DEWEY STREET
HOLLYWOOD, FL 33020-6116
Phone Number: 954 922 8214
Fax Number: 954 922 8214