# Exhibit 2

.

**Lucky Brand U.S. Trademark Registrations**

.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,417,110
Registered Apr. 29, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# LUCKY

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: BOTTOMS; JEANS; KNIT SHIRTS; PANTS;
SHIRTS; SHORT-SLEEVED OR LONG-SLEEVED T-
SHIRTS; POLO SHIRTS; SHORT-SLEEVED SHIRTS;
SWEATERS; T-SHIRTS; TANK TOPS; TOPS; SKIRTS
, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,646,123 AND
2,381,638.

SER. NO. 77-153,076, FILED 4-10-2007.

ELIZABETH KAJUBI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,517,270
Registered Oct. 14, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**



LUCKY BRAND DUNGAREES, INC. (DELA-
   WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: HALTER TOPS; KNIT SHIRTS; SHORT-
SLEEVED OR LONG-SLEEVED T-SHIRTS; SWEA-
TERS; T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

OWNER OF U.S. REG. NOS. 1,646,123 AND
2,381,638.

SN 77-151,902, FILED 4-9-2007.

ELIZABETH KAJUBI, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,407,935

Registered Apr. 8, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (CALIFOR-
NIA CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: BRACELETS; CUFF-LINKS; EARRINGS;
NECKLACES; RINGS BEING JEWELRY, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-25-2005; IN COMMERCE 3-25-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,883,694 AND
2,936,774.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-068,530, FILED 12-20-2006.

DAVID ELTON, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 2,756,608**

Registered Aug. 26, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## LUCKY BRAND

LUEKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058 BY ASSIGNMENT LUCKY
BRAND DUNGAREES, INC. (CALIFORNIA COR-
PORATION) VERNON, CA 90058

FOR: EYEGLASSES AND SUNGLASSES, SOLD
OR DISTRIBUTED IN CHANNELS OF TRADE
OTHER THAN SUPERMARKETS, CONVENIENCE
STORES, OR COMBINATION SUPERMARKET/
DRUG STORES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 8-1-2002; IN COMMERCE 8-1-2002.

OWNER OF U.S. REG. NO. 1,646,123.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 75-977,217, FILED 10-17-1996.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,795,162**

United States Patent and Trademark Office     Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (CALIFOR-
NIA CORPORATION)
5233 ALCOA AVENUE
WHITTIER, CA 90058

FOR: CLOTHING, NAMELY, TIES AND
SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2001; IN COMMERCE 9-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 75-852,779, FILED 11-16-1999.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,725,491

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BLVD.
VERNON, CA 90058

FOR: SWIMWEAR, NAMELY, BATHING SUITS,
BIKINIS, SKIRTS AND COVERUPS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 5-1-2002; IN COMMERCE 5-1-2002.

OWNER OF U.S. REG. NOS. 1,646,123, 2,330,052,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 76-304,138, FILED 8-23-2001.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,104,220
Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: MEN'S UNDERWEAR, NAMELY, BOXER SHORTS AND BRIEFS; TANK SHIRTS, T-SHIRTS, PANTS, TOPS AND SHORTS; AND SLEEPWEAR, NAMELY, NIGHTGOWNS, PAJAMAS, SLEEP-SHIRTS, BED JACKETS AND ROBES , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-1995; IN COMMERCE 4-1-1995.

OWNER OF U.S. REG. NOS. 1,646,123, 2,330,052, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

SN 75-924,261, FILED 2-22-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 3,981,713**
**Registered June 21, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LUCKY BRAND DUNGAREES, INC  (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR  BELTS, BLOUSES, BOTTOMS, BOXER SHORTS, DRESSES, HATS, JACKETS, JEANS, PANTS, SHIRTS, SHOES, SHORTS, SKIRTS, SWEAT PANTS, SWEATERS, SWEATSHIRTS, SWIMWEAR, T-SHIRTS, TANK TOPS, TOPS, VESTS, IN CLASS 25 (U S  CLS  22 AND 39)

FIRST USE 12-7-1990, IN COMMERCE 12-7-1990

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR

OWNER OF U S  REG  NOS  1,646,123, 3,107,591 AND OTHERS

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN

SER  NO  85-228,321, FILED 1-27-2011

CURTIS FRENCH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,646,123**

## United States Patent and Trademark Office    Registered May 28, 1991

### TRADEMARK
#### PRINCIPAL REGISTER

### LUCKY BRAND

MONTESANO, GENE (UNITED STATES CITI-
ZEN)
935 EAST 12TH STREET
LOS ANGELES, CA 90021

   FOR: MEN'S JEANS AND SHIRTS, IN CLASS
25 (U.S. CL. 39).
   FIRST USE 6–5–1990; IN COMMERCE
6–5–1990.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–082,798, FILED 7–30–1990.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**Reg. No. 2,572,426**

## United States Patent and Trademark Office

Registered May 28, 2002

### TRADEMARK
**PRINCIPAL REGISTER**

### LUCKY BRAND

TRUE BLUE, INCORPORATED (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

  FOR: BOTTLED DRINKING WATER, SOLD OR DISTRIBUTED IN CHANNELS OF TRADE OTHER THAN SUPERMARKETS, CONVENIENCE STORES, OR COMBINATION SUPERMARKET/DRUG STORES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

  SER. NO. 75-141,074, FILED 7-22-1996.

MONTIA O. GIVENS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,655,004
Registered Nov. 26, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

## LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BLVD.
VERNON, CA 90058

FOR: RETAIL STORE SERVICES FEATURING
CLOTHING, CLOTHING ACCESSORIES, TOYS,
PERFUME AND GIFTS, IN CLASS 35 (U.S. CLS.
100, 101 AND 102).

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995.

OWNER OF U.S. REG. NOS. 1,646,123, 2,330,052,
AND OTHERS.

SN 76-282,385, FILED 7-11-2001.

MATTHEW SWYERS, EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 3,699,407**   LUCKY BRAND DUNGAREES, INC  (DELAWARE CORPORATION)
Registered Oct  20, 2009   5233 ALCOA AVENUE
   VERNON, CA 90058

**Int. Cl.: 25**   FOR  FOOTWEAR, SHOES, IN CLASS 25 (U S  CLS  22 AND 39)

FIRST USE 7-21-2009, IN COMMERCE 7-21-2009

**TRADEMARK**
**PRINCIPAL REGISTER**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR

OWNER OF U S  REG  NOS  2,655,004 AND 3,041,039

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN

SN 77-182,493, FILED 5-16-2007

ELIZABETH KAJUBI, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 3,506,278
Registered Sep. 23, 2008

## TRADEMARK
## PRINCIPAL REGISTER

# LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
 WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 7-28-2008; IN COMMERCE 7-28-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,883,694 AND
2,936,774.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 77-299,071, FILED 10-9-2007.

ALEXANDER L. POWERS, EXAMINING ATTOR-
NEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,703,123
Registered Apr. 1, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## LUCKY BRAND BLUE JEANS

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
4599 DISTRICT BLVD.
VERNON, CA 90058

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, CLOTHING ACCESSORIES, TOYS, PERFUME AND GIFTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102)

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

OWNER OF U.S. REG. NOS. 1,646,123, 2,330,052, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLUE JEANS", APART FROM THE MARK AS SHOWN.

SN 76-282,386, FILED 7-11-2001.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,686,829
Registered Feb. 11, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## LUCKY BRAND DUNGAREES

LUCKY BRAND DUNGAREES, INC. (CALIFOR-NIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: RETAIL STORE SERVICES, OTHER THAN SUPERMARKETS, CONVENIENCE STORES, DRUG STORES AND COMBINATION SUPERMARKET/DRUG STORES, FEATURING A VARIETY OF GOODS INCLUDING CLOTHING, CLOTHING ACCESSORIES, HEADGEAR, FOOTWEAR, GENERAL MERCHANDISE, GIFT ITEMS, JEWELRY, ACCESSORIES, LUGGAGE, BAGS, WALLETS, CASES, PURSES, HANDBAGS, SUNGLASSES AND CASES THEREFOR, SUNGLASS CORDS AND CHAINS, TOYS, STATIONERY, FRAGRANCES, PERSONAL CARE PRODUCTS, COSMETICS, TOWELS, BLAN-KETS, BEDDING, HOUSEWARES, ARTWORK, FOOD AND BEVERAGES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-1995; IN COMMERCE 8-30-1996.

OWNER OF U.S. REG. NO. 1,646,123.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND DUNGAREES", APART FROM THE MARK AS SHOWN.

SN 75-030,041, FILED 12-8-1995.

KIMBERLY KREHELY, EXAMINING ATTORNEY

Int. Cls.: **18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 39, and 41**

Reg. No. **3,107,591**

**United States Patent and Trademark Office** Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: HANDBAGS, WALLETS, CHANGE PURSES,
BACKPACKS, KNAPSACKS, RUCKSACKS, DUF-
FEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-1996; IN COMMERCE 12-31-1996.

FOR: CLOTHING, NAMELY, SKIRTS, SHIRTS,
BLOUSES, PANTS, JACKETS, VESTS, SWEATERS,
DRESSES, JUMPSUITS, SHORTS, JEANS, JERSEYS,
CULOTTES, SCARVES, TUNICS, BLAZERS, NECK-
WEAR, BELTS, COATS, HATS, CAPS, HOODS,

GLOVES; RAINWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 12-31-1996; IN COMMERCE 12-31-1996.

OWNER OF U.S. REG. NOS. 1,646,123, 2,846,556,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND AND DUNGAREES",
APART FROM THE MARK AS SHOWN.

SN 78-321,365, FILED 10-31-2003.

INGA ERVIN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,158,107**

## United States Patent and Trademark Office

Registered May 19, 1998

### TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS, SHORTS, BOTTOMS, DRESSES, SKIRTS, JUMPSUITS, OVERALLS, JACKETS, SHIRTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

OWNER OF U.S. REG. NOS. 1,646,123, 1,739,962, AND 1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND" AND "DUNGAREES OF AMERICA", APART FROM THE MARK AS SHOWN.

SER. NO. 75-118,448, FILED 6-13-1996.

JULIE CLINTON QUINN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,271,432

Registered Aug. 24, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CHARITABLE FUND RAISING SERV-
ICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
FIRST USE 4–2–1997; IN COMMERCE
4–2–1997.

OWNER OF U.S. REG. NO. 1,646,123.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FOUNDATION", APART
FROM THE MARK AS SHOWN.

SER. NO. 75–340,734, FILED 8–13–1997.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,041,039
Registered Jan. 10, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# LUCKY BRAND JEANS

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: RETAIL STORE SERVICES FEATURING A
VARIETY OF GOODS INCLUDING CLOTHING,
CLOTHING ACCESSORIES, HEADGEAR, FOOT-
WEAR, GENERAL MERCHANDISE, GIFT ITEMS,
JEWELRY, HANDBAGS, WALLETS, SUNGLASSES,
FRAGRANCES, PERSONAL CARE PRODUCTS
AND TOYS, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,655,004, 2,857,464
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND JEANS", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-513,557, FILED 11-9-2004.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,378,468
Registered Feb. 5, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY GIRLS

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: HANDBAGS, WALLETS, CHANGE PURSES,
COSMETIC AND TOILETRY BAGS SOLD EMPTY,
BACKPACKS, KNAPSACKS, RUCKSACKS, DUF-
FEL BAGS AND LUGGAGE, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-15-2003; IN COMMERCE 5-15-2003.

OWNER OF U.S. REG. NO. 2,659,819 AND OTH-
ERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GIRLS", APART FROM THE
MARK AS SHOWN.

SER. NO. 78-251,335, FILED 5-19-2003.

DAWN FELDMAN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 3,379,267

## United States Patent and Trademark Office

Registered Feb. 5, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# LUCKY HOUND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: PET APPAREL, NAMELY, SWEATERS,
DOG LEASHES, DOG AND CAT COLLARS AND
CHARMS; DOG CLOTHING SOLD OR DISTRIBU-
TED IN CHANNELS OF TRADE OTHER THAN
SUPERMARKETS, CONVENIENCE STORES OR
COMBINATION SUPERMARKET/DRUG STORES,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-25-2007; IN COMMERCE 8-25-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HOUND", APART FROM THE
MARK AS SHOWN.

SN 77-975,131, FILED 9-20-2006.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,387,018
Registered Feb. 19, 2008

## TRADEMARK
## PRINCIPAL REGISTER

# LUCKY KID

LUCKY BRAND DUNGAREES, INC. (DELA-
 WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, PANTS,
SWEATERS, SKIRTS, DRESSES, COATS, BELTS,
SOCKS, HOSIERY; HEADWEAR, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 12-0-2006; IN COMMERCE 12-0-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,646,123, 2,903,532,
AND OTHERS.

SN 78-979,507, FILED 7-6-2006.

DAYNA BROWNE, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,500,183
Registered Sep. 9, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

# LUCKY KID

LUCKY BRAND DUNGAREES, INC. (CALIFOR-
NIA CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: RETAIL STORE SERVICES AND ONLINE
RETAIL STORE SERVICES, OTHER THAN SUPER-
MARKETS, CONVENIENCE STORES, DRUG
STORES AND COMBINATION SUPERMARKET/
DRUG STORES, AND MAIL ORDER SERVICES,
ALL IN THE FIELD OF APPAREL, LEATHER
GOODS, FASHION ACCESSORIES, JEWELRY,
FOOTWEAR, EYEWEAR, IN CLASS 35 (U.S. CLS.
100, 101 AND 102).

FIRST USE 8-26-2006; IN COMMERCE 8-26-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,655,004, 2,703,123,
AND 2,857,464.

SN 78-833,361, FILED 3-9-2006.

DAYNA BROWNE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# LUCKY LEGEND

**Reg. No. 3,775,279**

**Registered Apr. 13, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LUCKY BRAND DUNGAREES, INC (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR BOTTOMS, DENIM JACKETS, DENIMS, JEANS, SHIRTS, SHORT-SLEEVED SHIRTS, SKIRTS, T-SHIRTS, IN CLASS 25 (U S CLS 22 AND 39)

FIRST USE 4-0-2008, IN COMMERCE 4-0-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR

OWNER OF U S REG NOS 2,330,052, 3,104,220, AND OTHERS

SN 77-372,213, FILED 1-15-2008

GIANCARLO CASTRO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,469,997
Registered July 17, 2001

## TRADEMARK
## PRINCIPAL REGISTER

## LUCKY ME

LUCKY BRAND DUNGAREES, INC. (CALIFOR-
NIA CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, BLOUSES,
T-SHIRTS, TANK TOPS, TOPS, VESTS, SWEATERS,
DRESSES, SKIRTS, JUMPERS, JUMP SUITS, ROM-
PERS, OVERALLS, JACKETS, BLAZERS, SPORT
COATS, BOXER SHORTS, PANTS, JEANS, SHORTS,
LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEAT
PANTS, SWEAT SUITS, JOGGING SUITS, SUITS,

SLEEP WEAR, SOCKS, LEOTARDS, BODY SUITS,
TIES, BANDANNAS, SWIM WEAR, HEADBANDS,
SUSPENDERS, SCARVES, HATS, CAPS, VISORS,
BELTS, SHOES, SNEAKERS, SANDALS, BOOTS
AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

SN 75-450,495, FILED 3-16-1998.

MARY BOAGNI, EXAMINING ATTORNEY

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52**

Reg. No. 3,265,128

## United States Patent and Trademark Office

Registered July 17, 2007

### TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: PERFUME, COLOGNE, BODY MILK,
SHOWER GELS, AFTER SHAVE TONIC, EXFO-
LIATING SHOWER GEL, DEODORANT FOR PER-
SONAL USE, BODY LOTIONS, BODY POWDERS
SOLD OR DISTRIBUTED IN CHANNELS OF
TRADE OTHER THAN SUPERMARKETS, CONVE-
NIENCE STORES OR COMBINATION SUPERMAR-
KET/ DRUG STORES, IN CLASS 3 (U.S. CLS. 1, 4, 6,
50, 51 AND 52).

FIRST USE 8-7-2006; IN COMMERCE 8-7-2006.

THE MARK CONSISTS OF LUCKY NUMBER 6
AND THE WORD LUCKY WITH CHINESE CHAR-
ACTERS.

THE FOREIGN CHARACTER IN THE MARK
MAY BE TRANSLITERATED TO "LYO", AND THIS
MEANS "SIX" IN ENGLISH.

SER. NO. 78-972,420, FILED 9-12-2006.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,662,935
Registered Aug. 4, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# Lucky Silver

LUCKY BRAND DUNGAREES, INC. (DELA-
  WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: SILVER JEWELRY, IN CLASS 14 (U.S. CLS. 2,
27, 28 AND 50).

FIRST USE 6-1-1997; IN COMMERCE 6-15-1997.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,058,375, 2,060,068,
AND 3,410,075.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SILVER", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-572,114, FILED 9-17-2008.

WENDY JUN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,739,962

## United States Patent and Trademark Office   Registered Dec. 15, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## LUCKY YOU

LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
1617 EAST SEVENTH STREET, #18
LOS ANGELES, CA 90021

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12–7–1990; IN COMMERCE
12–7–1990.
OWNER OF U.S. REG. NO. 1,646,123.

SER. NO. 74–267,253, FILED 4–20–1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,306,342

Registered Jan. 4, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY YOU

LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY SHIRTS, BLOUSES, T-SHIRTS, TANK TOPS, TOPS, VESTS, SWEATERS, DRESSES, SKIRTS, JUMPERS, JUMPSUITS, ROMPERS, OVERALLS, JACKETS, BLAZERS, SPORT COATS, BOXER SHORTS, PANTS, JEANS, SHORTS, LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEATSUITS, JOGGING SUITS, SLEEPWEAR, SOCKS, BANDANNAS, SWIMWEAR, HATS, CAPS, SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12–12–1990; IN COMMERCE 12–12–1990.

OWNER OF U.S. REG. NOS. 1,646,123, 1,739,962, AND 1,886,118.

SN 75–117,086, FILED 6–11–1996.

RADHIKA RAJU, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,886,118
Registered Mar. 28, 1995

### TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

    FOR: JEANS, IN CLASS 25 (U.S. CL. 39).
    FIRST USE 12–0–1990; IN COMMERCE
12–0–1990.
    OWNER OF U.S. REG. NOS. 1,646,123 AND
1,739,962.
    THE DESIGN PORTION OF THE MARK
CONSISTS OF A RECTANGULAR CLOTH
LABEL SEWN AND POSITIONED VERTICAL-
LY ON THE INSIDE OF THE FRONT FLY OF
A PAIR OF PANTS AND TWO FOUR LEAF
CLOVERS. THE BROKEN LINES IN THE
DRAWING ARE NOT A PART OF THE MARK
AND NO CLAIM IS MADE TO THEM. THEY
SERVE ONLY TO SHOW THE POSITION OF
THE MARK.

    SER. NO. 74–384,152, FILED 4–29–1993.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,583,368
Registered June 18, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY YOU LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: PERFUMES, COLOGNES, BODY CREAMS,
BODY LOTIONS, TALCUM POWDER, BATH SOAP,
TOILET SOAP, BATH GEL, SHOWER GEL AND
BODY SCRUB SKIN CLEANSING LOTION , IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-15-2000; IN COMMERCE 8-15-2000.

OWNER OF U.S. REG. NOS. 1,739,962 AND
1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 76-046,470, FILED 5-9-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 2,724,936

**United States Patent and Trademark Office**   Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: PERFUMES, COLOGNES, BODY CREAMS,
BODY LOTIONS, TALCUM POWDER, BATH SOAP,
TOILET SOAP, BATH GEL, SHOWER GEL AND
BODY SCRUB, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 8-15-2000; IN COMMERCE 8-15-2000.

OWNER OF U.S. REG. NOS. 1,739,962 AND
1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 76-084,522, FILED 7-10-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,129,881

## United States Patent and Trademark Office

Registered Jan. 20, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS,
SHORTS, OVERALLS, BOTTOMS AND JACK-
ETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1991; IN COMMERCE
1-0-1991.

OWNER OF U.S. REG. NO. 1,886,118.

THE MARK CONSISTS OF A REPEATING
FOUR-LEAF CLOVER DESIGN LOCATED ON
THE INTERIOR POCKET LINING OF AN AR-
TICLE OF CLOTHING. THE MATTER SHOWN
BY THE DOTTED LINES INDICATE THE
OUTLINE OF A PAIR OF PANTS SHOWN IN
PHANTOM THAT ARE NOT A PART OF THE
MARK BUT SERVE ONLY TO SHOW THE PO-
SITION OF THE MARK INSIDE THE PANTS.

SER. NO. 75-117,852, FILED 6-12-1996.

CYNTHIA A. MANCINI, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,113,726

Registered Nov. 18, 1997

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS,
SHORTS, OVERALLS, BOTTOMS AND JACK-
ETS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 2–0–1993; IN COMMERCE
2–0–1993.
OWNER OF U.S. REG. NO. 1,886,118.
THE DESIGN PORTION OF THE MARK
CONSISTS OF A REPRESENTATION OF A

FOUR-LEAF CLOVER PUNCHED INTO A
ZIPPER PULL. THE BROKEN LINES IN THE
DRAWING ARE NOT A PART OF THE MARK
AND NO CLAIM IS MADE TO THEM. THEY
SERVE ONLY TO SHOW THE POSITION OF
THE MARK.

SER. NO. 75–137,075, FILED 7–22–1996.

CYNTHIA A. MANCINI, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,400,358**

## United States Patent and Trademark Office

Registered Oct. 31, 2000

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, BLOUSES, T-SHIRTS, TANK TOPS, TOPS, DRESSES, SKIRTS, JUMPERS, JUMPSUITS, ROMPERS, OVERALLS, JACKETS, BOXER SHORTS, PANTS, JEANS, SHORTS, LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEAT PANTS, SWEAT SUITS, JOGGING SUITS SLEEPWEAR, SOCKS, BANDANNAS, SWIMWEAR, SCARVES, HATS, CAPS, VISORS, BELTS, SHOES, SNEAKERS, SANDALS, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1990; IN COMMERCE 1–0–1990.

OWNER OF U.S. REG. NO. 1,886,118.

SN 75–117,085, FILED 6–11–1996.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 2,050,091**

## United States Patent and Trademark Office

Registered Apr. 8, 1997

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 12–0–1990; IN COMMERCE
12–0–1990.
THE MARK CONSISTS OF A RECTANGU-
LAR CLOTH LABEL SEWN AND POSITIONED
VERTICALLY ON THE INSIDE OF THE

FRONT FLY OF A PAIR OF PANTS. THE
BROKEN LINES IN THE DRAWING ARE NOT
A PART OF THE MARK AND NO CLAIM IS
MADE TO THEM. THEY SERVE ONLY TO
SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74–384,234, FILED 4–29–1993.

JANICE O'LEAR, EXAMINING ATTORNEY

**Lucky Brand Trademark Applications and Registrations
Retrieval (TARR) Reports
for Incontestable Trademarks**

**Thank you for your request. Here are the latest results from the** <u>TARR web server.</u>

**This page was generated by the TARR system on** 2012-01-18 12:05:48 ET

**Serial Number:** 75977217 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2756608

**Mark (words only):** LUCKY BRAND

**Standard Character claim:** No

**Current Status:** A Section 8 declaration has been accepted.

**Date of Status:** 2009-02-04

**Filing Date:** 1996-10-17

**Transformed into a National Application:** No

**Registration Date:** 2003-08-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 830 -Post Registration

**Date In Location:** 2009-02-04

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
5233 ALCOA AVENUE
VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
eyeglasses and sunglasses, sold or distributed in channels of trade other than supermarkets,
convenience stores, or combination supermarket/drug stores
**Basis:** 1(a)
**First Use Date:** 2002-08-01
**First Use in Commerce Date:** 2002-08-01

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND"

**Prior Registration Number(s):**
1646123

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2009-02-04 - Section 8 (6-year) accepted

2009-02-03 - Assigned To Paralegal

2009-01-30 - TEAS Section 8 Received

2006-07-19 - TEAS Change Of Correspondence Received

2005-03-08 - Section 7 correction issued

2004-12-28 - Section 7 amendment filed

2004-12-28 - PAPER RECEIVED

2003-08-26 - Registered - Principal Register

2003-06-16 - Allowed for Registration - Principal Register (SOU accepted)

2003-06-16 - Statement Of Use Processing Complete

2003-04-07 - Use Amendment Filed

2003-06-12 - Assigned To Examiner

2003-06-11 - Assigned To Examiner

2003-06-06 - Case File In TICRS

2003-06-06 - Case File In TICRS

2003-04-07 - TEAS Statement of Use Received

2002-10-28 - Extension 1 granted

2002-10-09 - Extension 1 filed

2002-10-08 - TEAS Extension Received

2002-04-09 - NOA Mailed - SOU Required From Applicant

2002-02-13 - Opposition terminated for Proceeding

2002-02-13 - Opposition dismissed for Proceeding

1999-11-10 - Opposition instituted for Proceeding

1998-09-22 - Extension Of Time To Oppose Received

1998-08-25 - Published for opposition

1998-07-24 - Notice of publication

1998-06-19 - Approved For Pub - Principal Register

1998-04-16 - Divisional processing completed

1997-12-22 - Communication received from applicant

1997-06-17 - Non-final action mailed

1997-06-03 - Assigned To Examiner

1997-05-27 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12:10:27 ET

**Serial Number:** 76304138 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2725491

**Mark (words only):** LUCKY BRAND

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2008-08-21

**Filing Date:** 2001-08-23

**Transformed into a National Application:** No

**Registration Date:** 2003-06-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2008-08-21

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
5233 ALCOA AVENUE
VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
SWIMWEAR, NAMELY, BATHING SUITS, BIKINIS
**Basis:** 1(a)
**First Use Date:** 2002-05-01
**First Use in Commerce Date:** 2002-05-01

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND"

**Prior Registration Number(s):**
1646123
2158107
2174252
2330052

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2008-08-21 - Section 8 (6-year) accepted & Section 15 acknowledged

2008-08-07 - Assigned To Paralegal

2008-08-04 - TEAS Section 8 & 15 Received

2008-05-07 - Case File In TICRS

2006-07-19 - TEAS Change Of Correspondence Received

2003-06-10 - Registered - Principal Register

2003-04-10 - Allowed for Registration - Principal Register (SOU accepted)

2003-04-04 - Statement Of Use Processing Complete

2003-01-16 - Use Amendment Filed

2003-01-16 - PAPER RECEIVED

2002-07-23 - NOA Mailed - SOU Required From Applicant

2002-04-30 - Published for opposition

2002-04-10 - Notice of publication

2001-12-05 - Approved For Pub - Principal Register

2001-11-30 - Examiner's amendment mailed

2001-11-20 - Non-final action mailed

2001-10-24 - Assigned To Examiner

2001-10-23 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12:12:02 ET

**Serial Number:** 74082798 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1646123

**Mark (words only):** LUCKY BRAND

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2011-05-26

**Filing Date:** 1990-07-30

**Transformed into a National Application:** No

**Registration Date:** 1991-05-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15


**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** (NOT AVAILABLE)

**Date In Location:** 2011-05-26


## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lucky Brand Dungarees, Inc.

**Address:**
Lucky Brand Dungarees, Inc.
4529 District Boulevard
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California


## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
men's jeans and shirts
**Basis:** 1(a)
**First Use Date:** 1990-06-05
**First Use in Commerce Date:** 1990-06-05

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2011-05-26 - Second renewal 10 year

2011-05-26 - Section 8 (10-year) accepted/ Section 9 granted

2011-05-23 - TEAS Section 8 & 9 Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2007-10-31 - Case File In TICRS

2006-07-19 - TEAS Change Of Correspondence Received

2001-07-03 - First renewal 10 year

2001-07-03 - Section 8 (10-year) accepted/ Section 9 granted

2001-04-06 - Combined Section 8 (10-year)/Section 9 filed

2000-11-09 - Opposition terminated for Proceeding

2000-11-09 - Opposition dismissed for Proceeding

1996-10-04 - Section 8 (6-year) accepted & Section 15 acknowledged

1996-07-15 - Section 8 (6-year) and Section 15 Filed

1991-05-28 - Registered - Principal Register

1991-03-05 - Published for opposition

1991-02-01 - Notice of publication

1990-12-17 - Approved for Pub - Principal Register (Initial exam)

1990-12-06 - Examiner's amendment mailed

1990-11-21 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12:12:44 ET

**Serial Number:** 75141074 Assignment Information       Trademark Document Retrieval

**Registration Number:** 2572426

**Mark (words only):** LUCKY BRAND

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2007-07-03

**Filing Date:** 1996-07-22

**Transformed into a National Application:** No

**Registration Number:** 2002-05-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-09-06

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lucky Brand Dungarees, Inc.

**Address:**
Lucky Brand Dungarees, Inc
5233 ALCOA AVENUE
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 032
**Class Status:** Active
bottled drinking water, sold or distributed in channels of trade other than supermarkets, convenience stores, or combination supermarket/drug stores
**Basis:** 1(a)
**First Use Date:** 1996-01-00
**First Use in Commerce Date:** 1996-01-00

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2007-09-06 - Case File In TICRS

2007-07-03 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-07-03 - Assigned To Paralegal

2007-05-31 - Section 8 (6-year) and Section 15 Filed

2007-05-31 - TEAS Section 8 & 15 Received

2002-05-28 - Opposition terminated for Proceeding

2002-05-28 - Registered - Principal Register

2002-04-13 - Opposition terminated for Proceeding

2002-03-26 - Opposition terminated for Proceeding

2002-03-26 - Opposition dismissed for Proceeding

1997-10-15 - Opposition instituted for Proceeding

1997-06-19 - Extension Of Time To Oppose Received

1997-06-03 - Published for opposition

1997-05-02 - Notice of publication

1997-02-21 - Approved for Pub - Principal Register (Initial exam)

1997-02-19 - Examiner's amendment mailed

1997-02-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12:13:30 ET

**Serial Number:** 76282385 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2655004

**Mark (words only):** LUCKY BRAND

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2011-12-20

**Filing Date:** 2001-07-11

**Transformed into a National Application:** No

**Registration Date:** 2002-11-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 104

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** Trademark.AssistanceCenter@uspto.gov

**Current Location:** (NOT AVAILABLE)

**Date In Location:** 2011-12-20

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
5233 Alcoa Avenue
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

### GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
RETAIL STORE SERVICES FEATURING CLOTHING, CLOTHING ACCESSORIES, TOYS,
PERFUME AND GIFTS
**Basis:** 1(a)
**First Use Date:** 1995-06-01
**First Use in Commerce Date:** 1995-06-01

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1646123
2158107
2174252
2330052

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2011-12-20 - First renewal 10 year

2011-12-20 - Section 8 (10-year) accepted/ Section 9 granted

2011-12-19 - TEAS Section 8 & 9 Received

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2008-04-22 - Case File In TICRS

2008-03-29 - Section 8 (6-year) accepted & Section 15 acknowledged

2008-03-03 - Assigned To Paralegal

2008-02-28 - TEAS Section 8 & 15 Received

2006-07-19 - TEAS Change Of Correspondence Received

2002-11-26 - Registered - Principal Register

2002-09-23 - Allowed for Registration - Principal Register (SOU accepted)

2002-09-10 - Statement Of Use Processing Complete

2002-07-25 - Use Amendment Filed

2002-07-25 - PAPER RECEIVED

2002-06-18 - NOA Mailed - SOU Required From Applicant

2002-03-26 - Published for opposition

2002-03-06 - Notice of publication

2001-10-22 - Approved For Pub - Principal Register

2001-09-27 - Examiner's amendment mailed

2001-08-23 - Assigned To Examiner

2001-08-20 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2012-01-18 12:15:15 ET

**Serial Number:** 76282386 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2703123

**Mark (words only):** LUCKY BRAND BLUE JEANS

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2008-07-07

**Filing Date:** 2001-07-11

**Transformed into a National Application:** No

**Registration Date:** 2003-04-01

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2008-07-07

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC
5233 Alcoa Avenue
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
RETAIL STORE SERVICES FEATURING CLOTHING, CLOTHING ACCESSORIES, TOYS,
PERFUME AND GIFTS
**Basis:** 1(a)
**First Use Date:** 1996-12-00
**First Use in Commerce Date:** 1996-12-00

## ADDITIONAL INFORMATION

**Disclaimer:** "BLUE JEANS"

**Prior Registration Number(s):**
1646123
2158107
2174252
2330052

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2008-07-07 - Section 8 (6-year) accepted & Section 15 acknowledged

2008-06-30 - Assigned To Paralegal

2008-06-18 - TEAS Section 8 & 15 Received

2008-04-22 - Case File In TICRS

2006-07-19 - TEAS Change Of Correspondence Received

2003-04-01 - Registered - Principal Register

2003-02-07 - Allowed for Registration - Principal Register (SOU accepted)

2003-02-06 - Assigned To Examiner

2003-02-05 - Statement Of Use Processing Complete

2002-11-21 - Use Amendment Filed

2002-11-21 - PAPER RECEIVED

2002-06-11 - NOA Mailed - SOU Required From Applicant

2002-03-19 - Published for opposition

2002-02-27 - Notice of publication

2001-10-22 - Approved For Pub - Principal Register

2001-09-27 - Examiner's amendment mailed

2001-08-23 - Assigned To Examiner

2001-08-20 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2012-01-18 12:16:31 ET

**Serial Number:** 75030041 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2686829

**Mark (words only):** LUCKY BRAND DUNGAREES

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2008-03-04

**Filing Date:** 1995-12-08

**Transformed into a National Application:** No

**Registration Date:** 2003-02-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** Trademark AssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-04-04

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
5233 ALCOA AVENUE
VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
retail store services, other than supermarkets, convenience stores, drug stores and combination
supermarket/drug stores, featuring a variety of goods including clothing, clothing accessories,
headgear, footwear, general merchandise, gift items, jewelry, accessories, luggage, bags, wallets,
cases, purses, handbags, sunglasses and cases therefor, sunglass cords and chains, toys, stationery,
fragrances, personal care products, cosmetics, towels, blankets, bedding, housewares, artwork, food
and beverages
**Basis:** 1(a)
**First Use Date:** 1995-06-01
**First Use in Commerce Date:** 1996-08-30

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND DUNGAREES"

**Prior Registration Number(s):**
1646123

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2008-04-04 - Case File In TICRS

2008-03-04 - Section 8 (6-year) accepted & Section 15 acknowledged

2008-03-03 - Assigned To Paralegal

2008-02-28 - TEAS Section 8 & 15 Received

2006-07-19 - TEAS Change Of Correspondence Received

2003-02-11 - Registered - Principal Register

2002-11-25 - Allowed for Registration - Principal Register (SOU accepted)

2002-11-25 - Assigned To Examiner

2002-11-21 - Statement Of Use Processing Complete

2002-10-04 - Use Amendment Filed

2002-10-03 - TEAS Statement of Use Received

2002-04-09 - NOA Mailed - SOU Required From Applicant

2002-02-21 - Opposition terminated for Proceeding

1999-10-21 - Opposition instituted for Proceeding

1998-02-03 - Extension Of Time To Oppose Received

1998-01-06 - Published for opposition

1997-12-05 - Notice of publication

1997-11-03 - Approved For Pub - Principal Register

1997-10-30 - Examiner's amendment mailed

1997-02-25 - Letter of suspension mailed

1997-01-13 - Communication received from applicant

1996-07-09 - Non-final action mailed

1996-06-19 - Assigned To Examiner

1996-06-14 - Assigned To Examiner

1996-06-13 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue

North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2012-01-18 12:19:32 ET

**Serial Number:** 75118448 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2158107

**Mark**



**(words only):** LUCKY BRAND DUNGAREES OF AMERICA TOO TOUGH TO DIE

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2009-01-23

**Filing Date:** 1996-06-13

**Transformed into a National Application:** No

**Registration Date:** 1998-05-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2009-01-23

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lucky Brand Dungarees, Inc.

**Address:**

Lucky Brand Dungarees, Inc.
5233 Alcoa Avenue
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing, namely, pants, jeans, bottoms, jackets
**Basis:** 1(a)
**First Use Date:** 1991-01-00
**First Use in Commerce Date:** 1991-01-00

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND" and "DUNGAREES OF AMERICA"

**Design Search Code(s):**
**05.03.06** - Clover, three-leaf; Clubs, trefoil on playing card; Shamrocks (trefoil)
**26.03.17** - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric
**26.07.01** - Diamonds with plain multiple line border; Diamonds with plain single line border
**26.09.07** - Squares with a decorative border, including scalloped, ruffled and zig-zag edges

**Prior Registration Number(s):**
1646123
1739962
1886118

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2009-01-23 - First renewal 10 year

2009-01-23 - Section 8 (10-year) accepted/ Section 9 granted

2008-12-16 - FAX RECEIVED

2008-12-16 - FAX RECEIVED

2008-12-16 - FAX RECEIVED

2008-11-21 - Post Registration action mailed Sections 8 & 9

2008-06-12 - Assigned To Paralegal

2008-05-30 - TEAS Section 8 & 9 Received

2007-08-22 - Case File In TICRS

2006-07-19 - TEAS Change Of Correspondence Received

2004-06-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-05-24 - Section 8 (6-year) and Section 15 Filed

2004-05-24 - TEAS Section 8 & 15 Received

1998-05-19 - Registered - Principal Register

1998-02-24 - Published for opposition

1998-01-23 - Notice of publication

1997-12-15 - Approved for Pub - Principal Register (Initial exam)

1997-05-30 - Letter of suspension mailed

1997-05-01 - Communication received from applicant

1996-10-28 - Non-final action mailed

1996-09-24 - Assigned To Examiner

1996-09-20 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2012-01-18 12:21:29 ET

**Serial Number:** 75340734 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2271432

**Mark**



**(words only):** THE LUCKY BRAND FOUNDATION MAKING A DIFFERENCE NOW

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2009-10-16

**Filing Date:** 1997-08-13

**Transformed into a National Application:** No

**Registration Date:** 1999-08-24

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** (NOT AVAILABLE)

**Date In Location:** 2009-10-16

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

1. Lucky Brand Dungarees, Inc.

**Address:**

Lucky Brand Dungarees, Inc.
5233 Alcoa Avenue
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
charitable fund raising services
**Basis:** 1(a)
**First Use Date:** 1997-04-02
**First Use in Commerce Date:** 1997-04-02

## ADDITIONAL INFORMATION

**Disclaimer:** "FOUNDATION"

**Design Search Code(s):**
**02.05.04** - Children, girl(s); Girls
**02.05.05** - Boys; Children, boy(s)
**02.05.24** - Stylized children, including children depicted in caricature form
**02.07.05** - Groups, children
**05.13.07** - Containers of flowers; Flower pots, With plants or flowers; Plant stands containing
vegetation; Pots, flower, containing plants; Urns, filled with flowers; Vases, filled with plants/flowers
**19.07.02** - Buckets; Pails
**24.05.01** - Circular or elliptical seals; Seals, circular or elliptical
**26.01.02** - Circles, plain single line; Plain single line circles

**Prior Registration Number(s):**
1646123

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2009-10-16 - First renewal 10 year

2009-10-16 - Section 8 (10-year) accepted/ Section 9 granted

2009-10-16 - Case Assigned To Post Registration Paralegal

2009-09-18 - TEAS Section 8 & 9 Received

2004-12-25 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-11-10 - Section 8 (6-year) and Section 15 Filed

2004-11-10 - TEAS Section 8 & 15 Received

1999-08-24 - Registered - Principal Register

1999-06-01 - Published for opposition

1999-04-30 - Notice of publication

1999-02-11 - Approved for Pub - Principal Register (Initial exam)

1998-12-07 - Communication received from applicant

1998-10-16 - Final refusal mailed

1998-08-03 - Communication received from applicant

1998-07-02 - Non-final action mailed

1998-06-05 - Assigned To Examiner

1998-05-12 - Assigned To Examiner

1998-05-04 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.

HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12:22:40 ET

**Serial Number:** 78513557 Assignment Information          Trademark Document Retrieval

**Registration Number:** 3041039

**Mark**

# LUCKY BRAND JEANS

**(words only):** LUCKY BRAND JEANS

**Standard Character claim:** Yes

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2011-01-28

**Filing Date:** 2004-11-09

**Transformed into a National Application:** No

**Registration Date:** 2006-01-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** M50 -TMO Law Office 114

**Date In Location:** 2011-01-28

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lucky Brand Dungarees, Inc.

**Address:**

Lucky Brand Dungarees, Inc
5233 Alcoa Avenue
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Retail store services featuring a variety of goods including clothing, clothing accessories, headgear,
footwear, general merchandise, gift items, jewelry, handbags, wallets, sunglasses, fragrances, personal
care products
**Basis:** 1(a)
**First Use Date:** 1996-12-00
**First Use in Commerce Date:** 1996-12-00

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND JEANS"

**Prior Registration Number(s):**
2655004
2686829
2703123
2857464

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2011-01-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2011-01-28 - Case Assigned To Post Registration Paralegal

2011-01-10 - TEAS Section 8 & 15 Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2006-07-19 - TEAS Change Of Correspondence Received

2006-01-10 - Registered - Principal Register

2005-10-18 - Published for opposition

2005-09-28 - Notice of publication

2005-07-05 - Law Office Publication Review Completed

2005-07-01 - Assigned To LIE

2005-06-27 - Approved for Pub - Principal Register (Initial exam)

2005-06-27 - Examiners amendment e-mailed

2005-06-27 - Examiners Amendment -Written

2005-06-14 - Assigned To Examiner

2004-11-15 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12:25:27 ET

**Serial Number:** 74267253 Assignment Information       Trademark Document Retrieval

**Registration Number:** 1739962

**Mark (words only):** LUCKY YOU

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2003-03-22

**Filing Date:** 1992-04-20

**Transformed into a National Application:** No

**Registration Date:** 1992-12-15

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-05-06

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
5233 ALCOA AVENUE
VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
jeans
**Basis:** 1(a)
**First Use Date:** 1990-12-07
**First Use in Commerce Date:** 1990-12-07

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1646123

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2008-05-06 - Case File In TICRS

2006-07-19 - TEAS Change Of Correspondence Received

2003-03-22 - First renewal 10 year

2003-03-22 - Section 8 (10-year) accepted/ Section 9 granted

2003-01-09 - Combined Section 8 (10-year)/Section 9 filed

2003-01-09 - TEAS Section 8 & 9 Received

1999-04-21 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-12-07 - Section 8 (6-year) and Section 15 Filed

1992-12-15 - Registered - Principal Register

1992-09-22 - Published for opposition

1992-08-21 - Notice of publication

1992-06-26 - Approved for Pub - Principal Register (Initial exam)

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12 27 20 ET

**Serial Number:** 75117086 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2306342

**Mark (words only):** LUCKY YOU

**Standard Character claim:** No

**Current Status:** The registration has been renewed

**Date of Status:** 2009-08-15

**Filing Date:** 1996-06-11

**Transformed into a National Application:** No

**Registration Date:** 2000-01-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2009-08-15

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1  LUCKY BRANDS DUNGAREES, INC

**Address:**
LUCKY BRANDS DUNGAREES, INC
5233 Alcoa Avenue
VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, namely, shirts, boxer shorts, pants, jeans, shorts, bottoms
**Basis:** 1(a)
**First Use Date:** 1990-12-12
**First Use in Commerce Date:** 1990-12-12

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1646123
1739962
1886118

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2009-08-15 - First renewal 10 year

2009-08-15 - Section 8 (10-year) accepted/ Section 9 granted

2009-07-27 - Assigned To Paralegal

2009-07-21 - TEAS Section 8 & 9 Received

2006-05-31 - Case File In TICRS

2006-05-08 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-05-03 - Assigned To Paralegal

2006-02-10 - Section 8 (6-year) and Section 15 Filed

2006-02-10 - TEAS Section 8 & 15 Received

2000-01-04 - Registered - Principal Register

1999-10-25 - Allowed for Registration - Principal Register (SOU accepted)

1999-10-25 - Assigned To Examiner

1999-09-23 - Communication received from applicant

1999-09-08 - Non-final action mailed

1999-09-08 - Assigned To Examiner

1999-09-07 - Assigned To Examiner

1999-08-12 - Statement Of Use Processing Complete

1999-08-12 - Use Amendment Filed

1999-08-12 - Extension 5 granted

1999-08-12 - Extension 5 filed

1999-03-08 - Extension 4 granted

1999-02-17 - Extension 4 filed

1998-09-03 - Extension 3 granted

1998-08-24 - Extension 3 filed

1998-04-24 - Extension 2 granted

1998-03-11 - Extension 2 filed

1997-10-06 - Extension 1 granted

1997-09-11 - Extension 1 filed

1997-03-11 - NOA Mailed - SOU Required From Applicant

1996-12-17 - Published for opposition

1996-11-15 - Notice of publication

1996-09-29 - Approved For Pub - Principal Register

1996-09-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 12:28:09 ET

**Serial Number:** 74384152 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1886118

**Mark**



**(words only):** LUCKY YOU

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2004-06-25

**Filing Date:** 1993-04-29

**Transformed into a National Application:** No

**Registration Date:** 1995-03-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-06-28

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**

LUCKY BRAND DUNGAREES, INC.
5233 ALCOA AVE
VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
jeans
**Basis:** 1(a)
**First Use Date:** 1990-12-00
**First Use in Commerce Date:** 1990-12-00

## ADDITIONAL INFORMATION

**Description of Mark:** The design portion of the mark consists of a rectangular cloth label sewn and positioned vertically on the inside of the front fly of a pair of pants and two four leaf clovers. The broken lines in the drawing are not a part of the mark and no claim is made to them. They serve only to show the position of the mark.

**Design Search Code(s):**
**05.03.07** - Clover, four-leaf
**05.03.08** - More than one leaf, including scattered leaves, bunches of leaves not attached to branches
**09.01.02** - Embroidery; Labels, clothing; Stitching, not on clothing pockets
**09.03.02** - Coveralls; Exercise clothes, shorts; Gym shorts; Jeans; Knickers; Overalls; Pants; Shorts; Slacks; Sweatpants; Trousers

**Prior Registration Number(s):**
1646123
1739962

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2009-01-01 - Notice Of Design Search Code Mailed

2007-06-28 - Case File In TICRS

2006-07-19 - TEAS Change Of Correspondence Received

2004-06-25 - First renewal 10 year

2004-06-25 - Section 8 (10-year) accepted/ Section 9 granted

2004-03-31 - Combined Section 8 (10-year)/Section 9 filed

2004-03-31 - TEAS Section 8 & 9 Received

2001-03-29 - Section 8 (6-year) accepted & Section 15 acknowledged

2000-12-06 - Section 8 (6-year) and Section 15 Filed

1995-03-28 - Registered - Principal Register

1994-04-26 - Extension Of Time To Oppose Received

1994-03-29 - Published for opposition

1994-02-25 - Notice of publication

1994-01-13 - Approved for Pub - Principal Register (Initial exam)

1993-08-18 - Assigned To Examiner

1993-08-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831

Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 13:26:40 ET

**Serial Number:** 76046470  Assignment Information          Trademark Document Retrieval

**Registration Number:** 2583368

**Mark (words only):** LUCKY YOU LUCKY BRAND

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2007-08-02

**Filing Date:** 2000-05-09

**Transformed into a National Application:** No

**Registration Date:** 2002-06-18

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-09-17

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
4599 District Boulevard
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUMES, COLOGNES, BODY LOTIONS, BATH GEL, SHOWER GEL AND SKIN
CLEANSING LOTION
**Basis:** 1(a)
**First Use Date:** 2000-08-15
**First Use in Commerce Date:** 2000-08-15

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND"

**Prior Registration Number(s):**
1739962
1886118

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2007-09-17 - Case File In TICRS

2007-08-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-07-18 - Assigned To Paralegal

2007-06-19 - Section 8 (6-year) and Section 15 Filed

2007-06-19 - TEAS Section 8 & 15 Received

2006-07-19 - TEAS Change Of Correspondence Received

2002-06-18 - Registered - Principal Register

2002-02-28 - Allowed for Registration - Principal Register (SOU accepted)

2002-02-28 - Assigned To Examiner

2002-02-25 - Assigned To Examiner

2002-02-21 - Statement Of Use Processing Complete

2002-02-06 - Use Amendment Filed

2002-01-29 - NOA Mailed - SOU Required From Applicant

2001-11-06 - Published for opposition

2001-10-17 - Notice of publication

2001-07-30 - Approved For Pub - Principal Register

2001-05-01 - Communication received from applicant

2000-11-16 - Non-final action mailed

2000-10-23 - Assigned To Examiner

2000-10-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2012-01-18 13:28:25 ET

**Serial Number:** 76084522 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2724936

**Mark**



**(words only):** LUCKY YOU LUCKY BRAND

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2009-12-14

**Filing Date:** 2000-07-10

**Transformed into a National Application:** No

**Registration Date:** 2003-06-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** M10 -TMO Law Office 110

**Date In Location:** 2009-12-14

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**

LUCKY BRAND DUNGAREES, INC.
4599 District Boulevard
Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUMES, COLOGNES, BODY LOTIONS, SHOWER GEL
**Basis:** 1(a)
**First Use Date:** 2000-08-15
**First Use in Commerce Date:** 2000-08-15

## ADDITIONAL INFORMATION

**Disclaimer:** "BRAND"

**Prior Registration Number(s):**
1739962
1886118

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2009-12-14 - Section 8 (6-year) accepted & Section 15 acknowledged

2009-12-11 - Case Assigned To Post Registration Paralegal

2009-12-02 - TEAS Section 8 & 15 Received

2008-01-07 - Case File In TICRS

2006-07-19 - TEAS Change Of Correspondence Received

2003-06-10 - Registered - Principal Register

2003-04-10 - Allowed for Registration - Principal Register (SOU accepted)

2003-04-08 - Statement Of Use Processing Complete

2002-11-11 - Use Amendment Filed

2002-11-11 - TEAS Statement of Use Received

2002-09-24 - NOA Mailed - SOU Required From Applicant

2002-07-02 - Published for opposition

2002-06-12 - Notice of publication

2002-04-11 - Approved For Pub - Principal Register

2002-02-08 - Communication received from applicant

2001-06-29 - Letter of suspension mailed

2001-05-07 - Communication received from applicant

2001-01-22 - Non-final action mailed

2000-12-27 - Assigned To Examiner

2000-12-15 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 13:29:17 ET

**Serial Number:** 75117852 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2129881

**Mark**



**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2007-03-21

**Filing Date:** 1996-06-12

**Transformed into a National Application:** No

**Registration Date:** 1998-01-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-18

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
5233 ALCOA AVE

VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing, namely, pants, jeans, shorts, overalls, bottoms and jackets
**Basis:** 1(a)
**First Use Date:** 1991-01-00
**First Use in Commerce Date:** 1991-01-00

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of a repeating four-leaf clover design located on the interior pocket lining of an article of clothing. The matter shown by the dotted lines indicate the outline of a pair of pants shown in phantom that are not a part of the mark but serve only to show the position of the mark inside the pants.

**Design Search Code(s):**
**05.03.07** - Clover, four-leaf
**09.03.16** - Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing)

**Prior Registration Number(s):**
1886118

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2007-04-18 - Case File In TICRS

2007-03-21 - First renewal 10 year

2007-03-21 - Section 8 (10-year) accepted/ Section 9 granted

2007-03-21 - Assigned To Paralegal

2007-01-22 - TEAS Section 8 & 9 Received

2006-07-19 - TEAS Change Of Correspondence Received

2003-09-09 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-07-25 - Section 8 (6-year) and Section 15 Filed

2003-07-25 - TEAS Section 8 & 15 Received

1998-01-20 - Registered - Principal Register

1997-10-28 - Published for opposition

1997-09-26 - Notice of publication

1997-08-24 - Approved for Pub - Principal Register (Initial exam)

1997-07-15 - Communication received from applicant

1997-06-11 - Final refusal mailed

1996-10-28 - Non-final action mailed

1996-09-22 - Assigned To Examiner

1996-09-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831

Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-01-18 13:30:34 ET

**Serial Number:** 75137075 Assignment Information      Trademark Document Retrieval

**Registration Number:** 2113726

**Mark**



**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2007-02-14

**Filing Date:** 1996-07-22

**Transformed into a National Application:** No

**Registration Date:** 1997-11-18

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-02-14

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lucky Brand Dungarees, Inc.

**Address:**
Lucky Brand Dungarees, Inc.
5233 ALCOA AVENUE

Vernon, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing, namely, pants, jeans, shorts, overalls, bottoms and jackets
**Basis:** 1(a)
**First Use Date:** 1993-02-00
**First Use in Commerce Date:** 1993-02-00

## ADDITIONAL INFORMATION

**Description of Mark:** The design portion of the mark consists of a representation of a four-leaf clover punched into a zipper pull. The broken lines in the drawing are not a part of the mark and no claim is made to them. They serve only to show the position of the mark.

**Design Search Code(s):**
**09.09.05** - Zippers (textile or clothing)

**Prior Registration Number(s):**
1886118

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2007-02-14 - First renewal 10 year

2007-02-14 - Section 8 (10-year) accepted/ Section 9 granted

2007-02-14 - Assigned To Paralegal

2007-02-09 - Case File In TICRS

2006-11-30 - Combined Section 8 (10-year)/Section 9 filed

2006-11-30 - TEAS Section 8 & 9 Received

2006-07-19 - TEAS Change Of Correspondence Received

2003-06-05 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-03-04 - Section 8 (6-year) and Section 15 Filed

2003-03-04 - TEAS Section 8 & 15 Received

1997-11-18 - Registered - Principal Register

1997-08-26 - Published for opposition

1997-07-25 - Notice of publication

1997-06-13 - Approved for Pub - Principal Register (Initial exam)

1997-05-06 - Communication received from applicant

1996-11-04 - Non-final action mailed

1996-10-18 - Assigned To Examiner

1996-10-17 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2012-01-18 13:32:14 ET

**Serial Number:** 75117085 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2400358

**Mark**



**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2011-01-14

**Filing Date:** 1996-06-11

**Transformed into a National Application:** No

**Registration Date:** 2000-10-31

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** (NOT AVAILABLE)

**Date In Location:** 2011-01-14

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRAND DUNGAREES, INC.

**Address:**
LUCKY BRAND DUNGAREES, INC.
4599 DISTRICT BOULEVARD

VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing, namely, shirts, blouses, T-shirts, tank tops, tops, dresses, skirts, jumpers, jumpsuits, rompers, overalls, jackets, boxer shorts, pants, jeans, shorts, leggings, bottoms, sweatshirts, sweat pants, sweat suits, jogging suits sleepwear, socks, bandannas, swimwear, scarves, hats, caps, visors, belts, shoes, sneakers, sandals, boots
**Basis:** 1(a)
**First Use Date:** 1990-01-00
**First Use in Commerce Date:** 1990-01-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**05.03.06** - Clover, three-leaf; Clubs, trefoil on playing card; Shamrocks (trefoil)

**Prior Registration Number(s):**
1886118

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2011-01-14 - First renewal 10 year

2011-01-14 - Section 8 (10-year) accepted/ Section 9 granted

2011-01-13 - TEAS Section 8 & 9 Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2006-12-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-10-10 - Section 8 (6-year) and Section 15 Filed

2006-10-10 - TEAS Section 8 & 15 Received

2006-10-10 - Attorney Revoked And/Or Appointed

2006-10-10 - TEAS Revoke/Appoint Attorney Received

2006-08-10 - Case File In TICRS

2000-10-31 - Registered - Principal Register

2000-08-25 - Allowed for Registration - Principal Register (SOU accepted)

2000-08-14 - Assigned To Examiner

2000-08-08 - Statement Of Use Processing Complete

2000-08-08 - Extension 5 granted

2000-06-08 - Use Amendment Filed

2000-06-08 - Extension 5 filed

1999-12-07 - Extension 4 granted

1999-12-07 - Extension 4 filed

1999-07-21 - Extension 3 granted

1999-06-09 - Extension 3 filed

1999-01-07 - Extension 2 granted

1998-12-07 - Extension 2 filed

1998-06-27 - Extension 1 granted

1998-06-09 - Extension 1 filed

1997-12-09 - NOA Mailed - SOU Required From Applicant

1997-06-06 - Extension Of Time To Oppose Received

1997-05-06 - Published for opposition

1997-04-04 - Notice of publication

1996-12-29 - Approved For Pub - Principal Register

1996-11-22 - Communication received from applicant

1996-09-30 - Non-final action mailed

1996-09-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118

**Thank you for your request. Here are the latest results from the** <u>TARR web server.</u>

**This page was generated by the TARR system on** 2012-01-18 13:32:54 ET

**Serial Number:** 74384234 <u>Assignment Information</u>      <u>Trademark Document Retrieval</u>

**Registration Number:** 2050091

**Mark**



**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2006-07-22

**Filing Date:** 1993-04-29

**Transformed into a National Application:** No

**Registration Date:** 1997-04-08

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-22

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUCKY BRANDS DUNGAREES, INC.

**Address:**
LUCKY BRANDS DUNGAREES, INC.
5233 ALCOA AVENUE

VERNON, CA 90058
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
jeans
**Basis:** 1(a)
**First Use Date:** 1990-12-00
**First Use in Commerce Date:** 1990-12-00

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of a rectangular cloth label sewn and positioned vertically on the inside of the front fly of a pair of pants. The broken lines in the drawing are not a part of the mark and no claim is made to them. They serve only to show the position of the mark.

**Section 2(f)**

**Design Search Code(s):**
**09.03.02** - Coveralls; Exercise clothes, shorts; Gym shorts; Jeans; Knickers; Overalls; Pants; Shorts; Slacks; Sweatpants; Trousers

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-11-02 - Attorney Revoked And/Or Appointed

2011-11-02 - TEAS Revoke/Appoint Attorney Received

2010-04-13 - TEAS Change Of Correspondence Received

2010-03-17 - Attorney Revoked And/Or Appointed

2010-03-17 - TEAS Revoke/Appoint Attorney Received

2009-01-10 - Notice Of Design Search Code Mailed

2006-12-22 - Case File In TICRS

2006-07-22 - First renewal 10 year

2006-07-22 - Section 8 (10-year) accepted/ Section 9 granted

2006-07-19 - TEAS Change Of Correspondence Received

2006-07-10 - Assigned To Paralegal

2006-04-10 - Combined Section 8 (10-year)/Section 9 filed

2006-04-10 - TEAS Section 8 & 9 Received

2002-08-30 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-07-18 - Section 8 (6-year) and Section 15 Filed

2002-07-18 - PAPER RECEIVED

1997-04-08 - Registered - Principal Register

1997-02-19 - Opposition terminated for Proceeding

1997-02-19 - Opposition dismissed for Proceeding

1995-06-26 - Opposition instituted for Proceeding

1995-01-30 - Extension Of Time To Oppose Received

1995-01-17 - Published for opposition

1994-12-16 - Notice of publication

1994-09-22 - Approved for Pub - Principal Register (Initial exam)

1994-08-01 - Communication received from applicant

1994-02-07 - Non-final action mailed

1993-08-18 - Assigned To Examiner

1993-08-09 - Assigned To Examiner

1993-08-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Geri Lynn Mankoff-Elias

**Correspondent**
Geri Lynn Mankoff-Elias
Liz Claiborne, Inc.
HQ2 7th Floor South
One Claiborne Avenue
North Bergen NJ 07047
Phone Number: 201-295-7831
Fax Number: 201-295-6118