.

# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER
(Fort Lauderdale Division)

MARCEL FASHION GROUP, INC.
a Florida corporation,

      Plaintiff,

v.

LUCKY BRAND DUNGAREES, INC.
a Delaware corporation,
FEDERATED DEPARTMENT STORES, INC.,
a Delaware corporation, and
LIZ CLAIBORNE, INC.,
a Delaware corporation,

      Defendants.

_____/

NIGHT BOX
FILED

FEB 1 8 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PRETRIAL STIPULATION

      Plaintiff Marcel Fashion Group, Inc. ("Marcel") and Defendants Lucky Brand Dungarees

Inc. ("Lucky Brand"), Federated Department Stores, Inc. and Liz Claiborne, Inc. (collectively

"Defendants") file this Pretrial Stipulation pursuant to the Court's Order of March 7, 2003.

**I.**     **Short Concise Statement of the Facts**

    **A.**     **Plaintiff's Statement**

      Marcel filed the instant action seeking relief for trademark infringement, reverse confusion,

false designation of origin, false description or representation, and related unfair competition.

Marcel also asserts claims under the common law for trademark infringement, and unfair

competition, including permanent injunctive relief to protect its proprietary interests and its

trademark rights, for monetary damages and for injury to business reputation under Florida Statute

§495.151 (1999).



Marcel owns the right to use in commerce the trademark "GET LUCKY" in the sale of clothing and apparel. Such use by Marcel began in 1985, and has been continuous since that time. Marcel has been selling clothing and apparel under the "GET LUCKY" trademark since at least as early as 1985, and has maintained Jackie Goldberg as an independent sales representative since 1986. Ms. Goldberg has sold substantial quantities of Marcel's goods under the "GET LUCKY" trademark continuously since 1986.

Marcel and Ms. Goldberg have exhibited the "GET LUCKY" brand at various trade shows throughout the United States, with each of several shows staged several times per year, since 1985, and has continuously exhibited at these, and other, industry trade shows. Marcel has spent considerable resources in establishing the "GET LUCKY" trademark as a source of highly distinctive, quality clothing and apparel in the United States, and have made substantial sales.

Consequently, the "GET LUCKY" trademark and Marcel's reputation have grown steadily and now are well-known throughout the United States as the source of origin for these goods. Marcel has continued to upgrade and expand its product line and Marcel enjoys the benefit of the goodwill associated with Marcel's use of the "GET LUCKY" trademark in the United States. .

In or around mid to late June 1999, Marcel discovered that Defendant Lucky Brand began advertising its product line through the use of bench advertisements throughout the city of Miami, Florida, and throughout the United States, and by placing advertisements in national publications. These advertisements prominently display Marcel's "GET LUCKY" mark.

Earlier, in or around December 1998, Marcel was contacted by counsel for Defendant Lucky Brand and threatened with a cease and desist letter. The letter, dated December 10, 1998, demanded that Marcel cease and desist its use of the "GET LUCKY" mark. Defendant Lucky Brand admitted that they use the "GET LUCKY" mark, and that Marcel's continued use of its own mark "if continued, may cause problems." Such use, it was alleged by Defendant Lucky Brand, was likely to cause confusion with Defendant Lucky Brand's very use of the identical mark on identical goods,

clothing and apparel. Furthermore, Defendant Lucky Brand allegedly conceded that Marcel's use of the "GET LUCKY" mark was also likely to cause confusion with its "LUCKY BRAND' mark as well.

After receiving Defendant's cease and desist letter Marcel's owner, Ezra Mizrachi, contacted Gary Nelson, Esq., Lucky Brand's counsel who directed the cease and desist letter to Marcel, and informed Mr. Nelson that Marcel has continuously used the mark in commerce since 1985. Mr. Mizrachi was informed by Mr. Nelson that he would need a lawyer, and that Mr. Nelson would no longer discuss the matter with him. Mr. Mizrachi did not hear from Defendant Lucky Brand until Defendant Lucky Brand filed its Notice of Opposition in a proceeding before the Trademark Trial and Appeal Board in or around May 1999. Despite Lucky Brand's actual knowledge of Marcel's senior rights in the "GET LUCKY" mark, Lucky Brand continued using the "GET LUCKY" mark. ARGUMENT.

From 1985 until mid-1992, Marcel was the owner of U.S. Registration No. 1,377,345, which was issued in 1985. The federal registration was canceled in 1992 as a result of Marcel's failure to file a Section 8 affidavit.

Defendant Lucky Brand filed its Notice of Opposition in the United States Patent and Trademark Office despite actually having already contacted Marcel and after having been informed by Mr. Mizrachi that Marcel was the senior user.

Defendants have advertised in such national publications such as GQ, ESQUIRE, SEVENTEEN, ELLE, VANITY FAIR, IN STYLE, and WOMENS WEAR DAILY, while also selling to selling in major retailers. Furthermore, Defendant Lucky Brand's website, luckybrandjeans.com prominently featured Marcel's "GET LUCKY" mark, such that the "GET LUCKY" mark is displayed in parts of the website more prominently than Defendant's own "LUCKY BRAND" mark. Lucky Brand receives more than 2,000,000 hits per year on its website.

-3-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

Marcel has not authorized Defendants' various uses of its "GET LUCKY" trademark, and Marcel and Defendants are not associated, sponsored, affiliated, or connected.

Defendants have used the mark in Florida and in the United States and have displayed the mark on advertisements, graphic displays, bench advertisements, bus advertisements, in store displays, on awnings, on promotional items, clothing and apparel, the Internet, on their website, and on product packaging.

### B. Defendants' Statement

This case involves claims made by Marcel for infringement of its unregistered clothing trademark "Get Lucky" (as well as related claims such as reverse confusion, false designation of origin and unfair competition) arising out of the sporadic use by Lucky Brand, from 1998 to October 2002, of the phrase "get lucky" as a tag line in different variations on various types of advertising, display and promotional materials. Marcel asserts equivalent claims against Claiborne relating to instances where the words "get lucky" appeared on certain advertisements for Claiborne's LUCKY YOU LUCKY BRAND fragrance line, sold under license from Lucky Brand.

None of the Defendants ever used "get lucky" as a trademark, brand name or source identifier, nor did they ever seek to register "get lucky" as a trade mark.

Despite Marcel's allegations of irreparable injury to its business and reputation, Marcel has provided no tangible evidence of injury. Marcel's sales actually increased through the main period of Lucky Brand's and Claiborne's use of the phrase "get lucky" as a tag line.

All of the depositions, interrogatories and document discovery taken by Lucky Brand have yielded no tangible evidence of (a) any form of damages, lost profits or lost business opportunities that have been suffered by Marcel as a result of Defendants' use of the phrase "get lucky," or (b) that anyone has been confused by Defendants' use of "get lucky" into believing either that Lucky Brand's products originate from or are sponsored or licensed by Marcel ("forward confusion") or that Marcel was attempting to trade off on Lucky Brand's reputation by using "Get Lucky" ("reverse confusion").

-4-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## II.    Basis of Federal Jurisdiction

Marcel has asserted claims under the Federal Trademark Act, 15 U.S.C. § 1051, et. seq.

("Lanham Act"). This Court has original jurisdiction pursuant to 28 U.S.C. §§1331, 1338(a) and

1338(b).

## III.   The Pleadings Raising the Issue

A.    Complaint filed by Marcel against Lucky Brand and Federated Department Stores, Inc. in Case No. 01-7495-Civ-Dimitrouleas;

B.    Answers and Affirmative Defenses filed by Lucky Brand and Federated Departments Stores, Inc.;

C.    Complaint filed by Marcel against Liz Claiborne, Inc., in Case No. 02-21304-Civ-Moreno; and

D.    Answers and Affirmative Defenses filed by Liz Claiborne, Inc.

E.    On June 3, 2002, the above cases were consolidated into Case No. 01-7495-Civ-Dimitrouleas.

## IV.   Undisposed Motions or Other Matters Requiring Action

A.    Defendants' Motion for Partial Summary Judgment on Marcel's Claims for Monetary Recovery;

B.    Defendants' Motion for Partial Summary Judgment on Marcel's Claims for Liability Under a "Dominion and Control" Theory;

C.    Defendants' Motion to Strike Declarations filed in Support of Plaintiff's Response to Motions for Partial Summary Judgment; and

D.    Defendants' Motion to Exclude Expert Testimony of Marcel's Purported Expert Weston Anson.

## V.    Concise Statement of Uncontested Facts which Require no Proof at Trial

1.    Plaintiff Marcel is a small company located in Miami which markets apparel products in the nature of t-shirts, shorts, short sets, pant sets, and the like. Marcel or its predecessor was founded in 1985 by Ezra Mizrachi ("Mizrachi"), its current president, and has used the trademark GET LUCKY as a label in clothing products sold in the United States.

2.    Marcel has used "Get Lucky" for a number of years as a label in most of the garments it sells.

-5-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

3. The Get Lucky clothing line is not Marcel's only product line. A portion of the apparel manufactured by Marcel is sold to other manufacturers who then sell the apparel under their labels. Marcel also "private labels" garments, i.e. uses a customer's label or logo rather than a Get Lucky label.

4. Marcel does not market its products to department stores or mass retailers. Marcel focuses on a niche market comprised of casinos, hotels, hospitals, Indian reservations, theme parks, small speciality stores and catalogues.

5. At the time Lucky Brand began use of "get lucky" in 1998, Marcel's Get Lucky trademark was not registered or even the subject of an application to register. Marcel had owned a registration from Get Lucky but it was cancelled in1992, for failure by Marcel to file an affidavit of continuing use of its mark.

6. Prices paid by Marcel's customers range from $7.50 for items such as t-shirts up to $60 for pants or short sets. The products are then sold to retail customers for $15 to $120.

7. Marcel's annual sales figures, which include "Get Lucky", private label and other apparel lines, have never exceeded a few million dollars.

8. Marcel does not market its products to the general public. It does not use print media or television, or other forms of advertising to consumers or the general public. Marcel does not promote its goods on the Internet. Marcel markets its products to customers exclusively through trade shows.

9. Marcel has never licensed its Get Lucky trademark to anyone, nor has anyone ever requested such license from Marcel.

10. Marcel has never sold any fragrances, cosmetics or toiletries, whether under "Get Lucky" or any other name.

11. In December 1998, after hearing of Marcel's use of "Get Lucky," Lucky Brand's attorney sent a cease and desist letter to Marcel. That letter detailed Lucky Brand's use of "get lucky". Neither Marcel nor anyone acting on its behalf ever responded in writing to that letter.

12. Marcel has no documents or any other records of anyone asking whether Marcel was associated with Lucky Brand.

13. Marcel has never received a letter from anyone who was under the impression that Marcel was Lucky Brand, nor any order for goods intended for Lucky Brand but misdirected to Marcel.

14. Marcel has never received any returns of garments that were intended for Lucky Brand, and knows of no instance where any of its garments were returned to Lucky Brand by mistake.

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

15.     Marcel has never received any packages intended for Lucky Brand and knows of no mail or packages intended for it that ever were misdirected to Lucky Brand.

16.     Marcel claims there were instances of telephone inquiries or inquiries at trade shows by persons who believed that Marcel was associated with Lucky Brand.

17.     Marcel's sales actually increased during the period of 1998 through 2000, the main period of time during which Lucky Brand used the "get lucky" designation in advertising and the like.

18.     Defendant Lucky Brand, headquartered in Vernon, California, is a manufacturer and marketer of quality apparel and accessory products.

19.     Defendant Claiborne is a large manufacturer of apparel, accessories and fragrance products. Claiborne owns 85% of the shares of Lucky Brand, which it acquired in June 1999.

20.     Defendant Federated Department Stores, Inc. owns and operates a number of retail department store chains. Certain of the Federated stores carry Lucky Brand's apparel products.

21.     Lucky Brand was founded about twelve years ago and has become a successful manufacturer and marketer of apparel products, particularly denim jeans, shorts, t-shirts, shirts, jackets, sweaters and other items of clothing for women and men. Since it was founded, Lucky Brand has sold hundreds of millions of dollars worth of its apparel and accessory products throughout the United States.

22.     Lucky Brand's products are sold through department stores such as Nordstroms, Neiman Marcus, Dillards, Bloomingdale's and Macy's, through specialty chain stores, through its own Lucky Brand retail stores and though its Internet website. Lucky Brand does not sell to hotels, hospitals, Indian reservations or theme parks. The retail price range of Lucky Brand's apparel products is from about $40 to about $400.

23.     In early 1998 Lucky Brand initiated a company website on the Internet. On that website the words "get lucky" appeared in the context of phrases such as "get lucky near you" and "Where to Get Lucky." Lucky Brand's website receives over 2,000,000 hits per year.

24.     Later in 1998, the phrase "Get Lucky" appeared in one or more cooperative advertisements run by customers of Lucky Brand in newspapers, such as a Bloomingdale's ad that stated "Get lucky....Only at Bloomingdale's.

25.     In late 1998 or early 1999, Lucky Brand began to place outdoor advertisements such as signs on cable cars, buses and taxis, as well as bench advertisements which featured in large prominent letters Lucky Brand's famous trademarks such as LUCKY BRAND, but also in some instances included the words "get lucky."

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

26.     In or about May 2000, Lucky Brand began to run print advertisements and distribute promotional materials which included the phrase "get lucky." This phrase sometimes appeared in the advertisements and promotions in conjunction with a smiling Buddha figure.

27.     Lucky Brand has ceased placing print advertisements and web sites which included "get lucky" in any form  The distribution of promotional materials bearing "get lucky" has ceased as well. Lucky Brand has also ceased using "get lucky" on its web site. Lucky Brand has not had any drop-off in sales of its products since it stopped producing advertising and promotional materials bearing "get lucky." In fact, sales have increased since that time.

28.     In 2000 and 2001, Lucky Brand sold a small quantity of promotional t-shirts having artistic materials or logos screened thereon which included, in the midst of "busy" designs and other text, phrases such as "Get Lucky Now," "Look Your Best Get Lucky Las Vegas" and "get Lucky at The Buckle".

29.     During 2001 and part of 2002, Lucky Brand licensed the sale of men's underwear products to an underwear manufacturer to be sold under the trademark LUCKY BRAND.  The packages of these underwear products bore the trademark LUCKY BRAND in more than one place in large, prominent letters and also bore various other tag lines and copy provided by Lucky Brand, including the words "get lucky" which appeared on the side panels of the packages.

30.     The total aggregate sales of the promotional t-shirts bearing slogans and designs that included "get lucky" in any form and the underwear which included the phrase "get lucky" on the side panels of its packaging were no more than about $400,000 .  This represents a small fraction of one percent of the overall sales made by Lucky Brand during the same time period, the remainder of which did not bear "get lucky" at all.

31.     In mid-2000, Claiborne began to sell a line of LUCKY YOU LUCKY BRAND FRAGRANCES under license from Lucky Brand.

32.     One theme used by Claiborne in print advertising for the LUCKY YOU LUCKY BRAND fragrances was a series of sexually suggestive scenes featuring a man and a woman.  On some, but not all, of the advertisements and promotional materials embodying this theme the phrase "get lucky" appeared.

33.     "Get lucky" never appeared on any Claiborne product.

34.     Even on Claiborne's advertising materials that did include "get lucky," the trademark LUCKY YOU LUCKY BRAND appeared in large dominant lettering as the sole product name.

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## VI.   Issues of Fact which Remain to be Litigated

### Plaintiff's position:

### A.   Liability

1.   Plaintiff's damages, if any.

2.   Whether Defendants' acts have resulted in a likelihood of reverse confusion.

3.   Whether Defendants knowingly saturated the market with their use of the "GET LUCKY" mark after becoming aware of Plaintiff's senior use of the identical mark.

4.   Whether Defendants were unjustly enriched by using the phrase "GET LUCKY."

### Defendants' position:

### A.   Liability

1.   Whether Marcel has established that the use by Lucky Brand or by Liz Claiborne of the phrase "get lucky" as a tag line or slogan caused confusion or was likely to cause confusion of an appreciable number of consumers or members of the trade and led them to believe that goods sold by Defendants originated from or were sponsored or licensed by Marcel.

2.   Whether Marcel has established that the use by Lucky Brand or by Liz Claiborne of the phrase "get lucky" as a tag line or slogan caused "reverse confusion" of an appreciable number of consumers or the trade, i.e., led them to believe that Marcel's use of the trademark Get Lucky was an attempt by Marcel to "knock off" Lucky Brand or trade on its good will.

3.   Whether Marcel's Get Lucky trademark enjoyed any nationwide recognition at the time Lucky Brand began use of "get lucky" in 1998.

4.   Whether for almost three years, from its receipt of Lucky Brand's cease and desist letter until filing this lawsuit, Marcel ever advised Lucky Brand that it objected to Lucky Brand's use of "get lucky," that the use of that phrase by Lucky Brand was harming Marcel or its business in any way or that Marcel wanted Lucky Brand to stop using "get lucky".

5.   Whether Lucky Brand ever used "get lucky" as a label, brand identifier or line name for any of its products or ever filed a trademark application for registration of "get lucky" or any phrase incorporating those words.

-9-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

**B.** **Damages Issues**

If liability is established:

1.  Whether Lucky Brand's or Liz Claiborne's advertising use of "get lucky" has harmed Marcel's reputation, damaged Marcel's goodwill, diverted sales from Marcel or diminished Marcel's sales.

2.  Whether Marcel has established that it sustained any actual damage as a result of Defendants' use of "get lucky."

3.  Whether Marcel has established the amount of actual damage it sustained.

4.  Whether Marcel used reasonable diligence in mitigating its damages.

5.  Whether Marcel has established that Defendants used Marcel's trademark with an intent to confuse or deceive.

6.  Whether Marcel has established that Defendants palmed off or attempted to palm off their goods as Marcel's.

7.  Whether Marcel has established that Defendants' profits increased as a result of their use of the tag line "get lucky."

8.  Whether Marcel delayed with no justification in asserting an objection to Lucky Brand's use of "get lucky," and whether Lucky Brand was prejudiced by that delay.

9.  Whether Defendants' conduct was sufficiently "exceptional" under 15 U.S.C. §1117(a) to warrant an award of attorneys fees against them.

9.  Whether Plaintiff is entitled to a reasonable royalty, and the amount.

10. Whether Plaintiff is entitled to an award for corrective advertising, and the amount.

**VII.** **Statement of Issues of Law on which There is Agreement**

**Plaintiff's position:**      None

**Defendants' position:**      None

-10-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

**VIII.**  **Statement of Issues of Law to be Determined by the Court**

    **A.**  **Plaintiff's position:**

1.    Whether Defendants acts constitute reverse confusion.

2.    Whether Defendants acts were wilful.

3.    Whether Plaintiff is entitled to an award for damages, including corrective advertising and royalties, and the amount.

    **B.**  **Defendants' position:**

1.    Whether Marcel has met its evidentiary burden of establishing a *prima facie* case on its claims.

2.    Assuming that Marcel has established a *prima facie* case, whether Marcel has produced evidence sufficient to permit a reasonable jury to conclude that Defendants' actions harmed Marcel's reputation, damaged Marcel's goodwill, have diverted sales from Marcel, or diminished Marcel's sales.

3.    Assuming that Marcel has established a *prima facie* case, whether Marcel has produced evidence sufficient to permit a reasonable jury to conclude that the Defendants have profited unjustly from their use of "get lucky."

4.    Whether Defendant Liz Claiborne is liable for acts of Defendant Lucky Brand.

5.    Whether Marcel is entitled to recover profits or other damages.

6.    Whether Marcel is entitled to an award for corrective advertising.

7.    Whether either party is entitled to recover reasonable attorneys' fees.

**IX.**  **Exhibit List**

Marcel's Exhibit List is attached as Exhibit A.

    Marcel did not provide its Exhibit List in proper form until late April 20, 2003. As a result, Defendants have not had adequate opportunity to review the Exhibit List and provide objections. Defendants will submit their objections, if any, to exhibits identified by Marcel no later than April 25, 2003.

Defendants' Exhibit List is attached as Exhibit B.

**X.**  **Witness List**

Marcel's Witness List is attached as Exhibit C.

Defendants' Witness List is attached as Exhibit D.

-11-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

**XI.**     **Estimated Trial Time**

Marcel estimates the trial will take 5 days.

Defendants estimate the trial will take between 4 and 6 days.

**XII.**     **Estimate of Attorney's Fees**

**Plaintiff's position:**

Attorney's fees may be awarded upon the finding that this is an exceptional case. Plaintiff is not yet able to estimate the amount of fees to which it may be entitled.

**Defendants' position:**

At this juncture, Defendants are unable to estimate the amount of fees to which any of the parties in this action might be entitled.

Respectfully submitted,

BARRY G. RODERMAN & ASSOC., P.A.
Attorneys for Plaintiff
888 East Las Olas Boulevard
Suite 601
Ft. Lauderdale, Florida 33301
Telephone: (954) 761-8810
Facsimile: (954) 761-9911
E-mail: bgr@trialsuccess.com

By: _____
     Barry G. Roderman,
     Florida Bar No.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Attorneys for Defendants
200 East Broward Blvd.
Suite 1900
Ft. Lauderdale, Florida 333010
Telephone:   (954) 462-9500
Facsimile:    (954) 462-9567
E-mail:       msall@swmwas.com

By: _____
     MIMI SALL
     Florida Bar No. 436704

Dated: April 21, 2003

-12-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## EXHIBIT A

**Marcel's Exhibit List**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### (Fort Lauderdale Division)

## CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

MARCEL FASHION GROUP, INC.
a Florida corporation,

       Plaintiff,

v.

LUCKY BRAND DUNGAREES, INC.
a Delaware corporation,
FEDERATED DEPARTMENT STORES, INC.,
a Delaware corporation, and
LIZ CLAIBORNE, INC.,
a Delaware corporation,

       Defendants

_____/

## PROPOSED EXHIBITS

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | | | | LB 0001- Cease and desist letter from Christie Parker & Hale dated 12/10/98 | |
| 2 | | | | | LB 0003-06- Notice of Opposition | |
| 3 | | | | | P 0007, P 0011- US Trademark Reg. No. 1,377,345- "GET LUCKY" | |
| 4 | | | | | P0012-13 Florida Trademark Reg Nos. 2892, 2893 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 4

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | | | | P 0016, 0068-71- Copies of Marcel's labels |
| 6 | | | | | P 0032-33- Copy of Marcel's Fall 2001 catalog |
| 7 | | | | | Letter from Donna Skinner dated 10/21/01 re attendance of Marcel at SAE trade shows since 1985 |
| 8 | | | | | Composite of trade show catalogs for shows attended by Marcel since 1985 |
| 9 | | | | | P 1290- Lucky Brand fragrance ad |
| 10 | | | | | Bloomingdales ad using GET LUCKY |
| 11 | | | | | Copy of Lucky Brand's website |
| 12 | | | | | Buckle website offering GET LUCKY NOW t-shirt |
| 13 | | | | | LB 0041, 0445, 431-2, 0069-74, 0475-477, 560-564, Bench ads |
| 14 | | | | | Composite of various ads run by Lucky Brand containing GET LUCKY |
| 15 | | | | | LB 0498- Bus ads with GET LUCKY |
| 16 | | | | | LB 0494- Lucky Brand store awning photo using GET LUCKY |
| 17 | | | | | LB 0495-97- Store front signage using GET LUCKY |
| 18 | | | | | LB 0306-7- Promotional mailing materials using GET LUCKY |
| 19 | | | | | Composite of magazine ads for Lucky Brand using GET LUCKY |
| 20 | | | | | Composite P 0081-122- Invoices for Marcel purchase of GET LUCKY labels |
| 21 | | | | | Composite P 123-1289, 1642-1953- Invoices from Marcel to customers |
| 22 | | | | | Composite P 2107-2328- Bank records of Marcel deposits |
| 23 | | | | | Assignment dated 7/3/95 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

| PLF. NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 24 | | | | | Composite Exhibit 10 from Mizrachi depositon |
| 25 | | | | | Composite Exhibit 11 from Mizrachi deposition |
| 26 | | | | | Womens Wear Daily article dated 8/28/00 |
| 27 | | | | | Composite of various promotional items used by Lucky Brand containing GET LUCKY LB 0001-3, 0039, 0044, 0051-61, 0066-68, 0111-0118, 0278, 0487, 0517, 0538-552, 0568-69, 0615-17, 0107-118, 487 |
| 28 | | | | | LB 0583-90, - GET LUCKY Sweepstakes |
| 29 | | | | | LB 0614 Invoice from Simpson Assoc. dated 12/26/00 |
| 30 | | | | | LB 0054- Lucky Brand ad |
| 31 | | | | | LB 0020- April 2001 ad-Revolution |
| 32 | | | | | Composite Lucky Brand ads - LB 0080A, 107-8, 110-111, 246-251, 258-9, 260, 263, 315, 613 |
| 33 | | | | | LB 0338-347- Lucky Brand website underwear, fragrances |
| 34 | | | | | Lucky Brand website- LB 0358-361 |
| 35 | | | | | LB 0580- Lucky Brand Banner |
| 36 | | | | | Composite LB 1341-1342- Lucky Brand underwear package |
| 37 | | | | | LB 0063-65- Lucky Brand promotional materials |
| 38 | | | | | Lucky Brand ads- LB 0037, 221, 227, 578, 592, 1294 |
| 39 | | | | | Marcel tax returns from 1998-2001 |
| 40 | | | | | Composite Exhibit 2 from Karen Schneider deposition, advertising budget reports |
| 41 | | | | | Composite Exhibit from Karen Schneider deposition LB 595-96, 0077, 576-77, 375-79, 385-89, 228-45, 252-53, 510-12, 478-83, 464-74, 448-61, 413, 0078-79, 272-277, 593-94, 600-02, 566, 574, 0038-40, 494 |
| 42 | | | | | Exhibit 20 from Karen Schneider Deposition |
| 43 | | | | | LB 597-98- Lucky Brand bags |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

| PLF NO | DEF NO | DATE OFFERED | MARKED | AD MI TT ED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 44 | | | | | LB 103, 305-309- Lucky Brand ads |
| 45 | | | | | LB 1343-1430-Lunada License |
| 46 | | | | | LB 1431-1504- Briefly Stated License |
| 47 | | | | | Expert Report- Wes Anson |
| 48 | | | | | Expert Report- Gregory Battersby |
| 49 | | | | | Expert Report- Robin Lewis |
| 50 | | | | | Photographs of Aventura Store |
| 51 | | | | | Article form DNR dated 3/31/99 |
| 52 | | | | | Article fro LA Times dated 5/26/98 |
| 53 | | | | | Article from WWD West dated10/2/02 |
| 54 | | | | | Composite Media Summary Budget from Liz Claiborne LIZ 0001-0007 |
| 55 | | | | | LIZ 0008-0053- ads containing GET LUCKY for fragrances |
| 56 | | | | | LIZ 00065- Script from fragrance commercial |
| 57 | | | | | LIZ 00066- Avrett Free & Ginsberg ad |
| 58 | | | | | LIZ 00068- Gross sales fragrances |
| 59 | | | | | LIZ 00069-76- Marketsource |
| 60 | | | | | LIZ 000079-81- Barney's ad |
| 61 | | | | | LB 0428, 487-Invoice from emap-peterson for GET LUCKY for FHM- Description GET LUCKY |
| 62 | | | | | LB 0645-47- Invoice for GET LUCKY on products |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## **EXHIBIT B**

**Defendants' Trial Exhibit List**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### (Fort Lauderdale Division)

### CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

MARCEL FASHION GROUP, INC.
a Florida corporation,

      Plaintiff,

v.

LUCKY BRAND DUNGAREES, INC.
a Delaware corporation,
FEDERATED DEPARTMENT STORES, INC.,
a Delaware corporation, and
LIZ CLAIBORNE, INC.,
a Delaware corporation,

      Defendants.

_____/

## LIST OF DEFENDANTS' PROPOSED TRIAL EXHIBITS

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 1 | | | | LB0001-0002 - Pocket Folder from American Denim Standard |
| | 2 | | | | LB0003-0004 - Lucky Brand Paper Shopping Bag |
| | 3 | | | | LB0005 - Lucky Brand Underwear Advertisement in 5/4/01 DNR |
| | 4 | | | | LB0063 - American Denim Standard Grand Opening Poster |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 5

## LIST OF DEFENDANTS' PROPOSED TRIAL EXHIBITS

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
|  | 5 |  |  |  | LB0065 - Lucky Brand Magazine Advertisement |
|  | 6 |  |  |  | LB0066 - Cover from Lucky Brand Kid's Spring 2002 |
|  | 7 |  |  |  | LB0067 - Cover from Lucky Brand Men's Spring 2002 |
|  | 8 |  |  |  | LB0253 - Cover from Lucky Brand Women's Spring 2002 |
|  | 9 |  |  |  | LB0073 - Lucky Brand Bus Bench Advertisement |
|  | 10 |  |  |  | LB0075 - Lucky Brand Promotional Magazine |
|  | 11 |  |  |  | LB0107 - Lucky Brand Postcard |
|  | 12 |  |  |  | LB0109-110 - Lucky Brand Free T-Shirt Coupon |
|  | 13 |  |  |  | LB0113 - Lucky Brand Flip Notebook |
|  | 14 |  |  |  | LB0256-57 - Lucky Brand Advertisement in Willow Bend Direct Mail Catalog |
|  | 15 |  |  |  | LB0258 - Lucky Brand Advertisement in Japanese Tourist Guide |
|  | 16 |  |  |  | LB0260 - Lucky Brand Advertisement in Paper City Magazine |
|  | 17 |  |  |  | LB0278 - Lucky Brand Buddha Poster |
|  | 18 |  |  |  | LB0279-80 - Lucky Brand Advertisement in Woodfield Shopping Center Commemorative Booklet |
|  | 19 |  |  |  | LB0319 - Lucky Brand Magazine Advertisement |
|  | 20 |  |  |  | LB1341 - Lucky Brand Boxers Package |
|  | 21 |  |  |  | LB1342 - Lucky Brand T-Shirt Package |
|  | 22 |  |  |  | LB1505 - Lucky Brand Memorandum dated 10/16/02 |
|  | 23 |  |  |  | Pair of Lucky Brand Dungarees |
|  | 24 |  |  |  | Lucky Brand Long-Sleeve Shirt |
|  | 25 |  |  |  | LB1617 - Lucky Brand Women's Underwear Package (Pink) |

*  Include a notation as to the location of any exhibit not held with the case file or not available because of size

### LIST OF DEFENDANTS' PROPOSED TRIAL EXHIBITS

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 26 | | | | LB1618 - Lucky Brand Men's Underwear Package (Grey) |
| | 27 | | | | LB1619- Lucky Brand Men's Boxers Package (Blue) |
| | 28 | | | | LB1921 - Lucky Brand Women's Boxers Package (Lilac) |
| | 29 | | | | LB1620 - Lucky Brand Women's Boxers Package (Celadon) |
| | 30 | | | | LB1625 - Lucky Brand Foundation Raffia Shopping Bag |
| | 31 | | | | LB1622 - Lucky Brand Glossy Paper Color Shopping Bag |
| | 32 | | | | LB1623-24 - Lucky Brand Plastic Shopping Bag |
| | 33 | | | | LB1537-81 - Lucky Brand Women's 2003 Line Book |
| | 34 | | | | LB1506-36 - Lucky Brand Men's 2003 Line Book |
| | 35 | | | | LB1582-1616 - Lucky Brand Internet Web Pages - 2003 |
| | 36 | | | | LIZ00008 - Lucky Brand Fragrance "Coffee" Advertisement |
| | 37 | | | | LIZ00009 - Lucky Brand Fragrance "Jukebox" Advertisement |
| | 38 | | | | LIZ00010 - Lucky Brand Fragrance "Ice Cream Sundae" Advertisement |
| | 39 | | | | LIZ00011-12 - Lucky Brand Fragrance Scent Strip Magazine Insert - "Coffee" |
| | 40 | | | | LIZ00013-14 - Lucky Brand Fragrance Scent Strip Magazine Insert - "Ice Cream Sundae" |
| | 41 | | | | LIZ00019-20 - Lucky Brand Fragrance Scent Strip Magazine Insert - "Jukebox" |
| | 42 | | | | LIZ00023-25 - Lucky Brand Fragrance Store Credit Card Bill Insert - "Coffee" |
| | 43 | | | | LIZ00028-30 - Lucky Brand Fragrance Store Credit Card Bill Insert - "Ice Cream Sundae" |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

## LIST OF DEFENDANTS' PROPOSED TRIAL EXHIBITS

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|--------|--------|--------------|--------|----------|--------------------------|
| | 44 | | | | LIZ00050-53 - Lucky Brand Fragrance Store Credit Card Bill Insert - "Jukebox" |
| | 45 | | | | LIZ00054-58 - Lucky Brand Fragrance Dormitory Door Hanger - Girl |
| | 46 | | | | LIZ00059-62 - Lucky Brand Fragrance Dormitory Door Hanger - Boy |
| | 47 | | | | LIZ00065 - Transcript of Lucky Brand Fragrance "Mr. Lucky Magic" Radio Advertisement |
| | 48 | | | | LIZ00067 - Transcript of Lucky Brand Fragrance "Lucky Laredo" Radio Advertisement |
| | 49 | | | | LIZ00079-80 - Barney's "Get Lucky" Advertisement in Time Out New York Magazine |
| | 50 | | | | LIZ00081 - Barney's "Get Lucky" Advertisement in the New York Times |
| | 51 | | | | LIZ00082 - Bugle Boy "Get Lucky" Advertisement in DNR |
| | 52 | | | | Men's LUCKY YOU LUCKY ME Fragrance Bottle |
| | 53 | | | | Women's LUCKY YOU LUCKY ME Fragrance Bottle |
| | 54 | | | | Compilation of Press Coverage of Lucky Brand Dungarees, Inc. (Ex. A to Merrill Dec. of 1/31/02) |
| | 55 | | | | P-0032-0033 - Marcel Fashions Collection 2001 Brochure |
| | 56 | | | | P-0034-0040 - October 2001 Bradenton/Manatee Trade Show Brochure |
| | 57 | | | | P-0041-0045 - Lifestyle Trends Trade Show Brochure |
| | 58 | | | | P-0046-0053 - October 18-22, 2001 Americas Mart Trade Show Brochure |
| | 59 | | | | P-0746 - 1/31/89 Marcel Fashions, Inc. Invoice |
| | 60 | | | | P-1642 - 2/11/98 Marcel Fashions, Inc. Invoice |
| | 61 | | | | Get Lucky Red Heart T-Shirt |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

## LIST OF DEFENDANTS' PROPOSED TRIAL EXHIBITS

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 62 | | | | Get Lucky Denim Shirt with Cowboy Embroidery |
| | 63 | | | | Get Lucky "Las Vegas" T-Shirt |
| | 64 | | | | Final Report of Weston Anson (1/13/03) |
| | 65 | | | | LB1431-1504 - License Agreement between Lucky Brand Dungarees, Inc. and Briefly Stated, Inc. |
| | 66 | | | | Sales, Cost and Profit Analysis re Lucky Brand Underwear (Ref. Exs. 20 and 21) |
| | 67 | | | | Sales, Cost and Profit Analysis re Group of Lucky Brand Logo T-Shirts |
| | 68 | | | | Complaint - Marcel Fashion Group, Inc. v. Lucky Brand Dungarees, Inc., et al., S.D. Fla., Case No. 01-7495. |
| | 69 | | | | Defendants' Answer and Affirmative Defenses |
| | 70 | | | | Complaint - Marcel Fashion Group, Inc. v. Liz Claiborne, Inc., S.D. Fla., Case No. 02-21304. |
| | 71 | | | | Liz Claiborne's Corrected Answer and Affirmative Defenses. |
| | 72 | | | | Defendants' First Interrogatories to Plaintiff |
| | 73 | | | | Plaintiff's Responses to Defendants' First Interrogatories |
| | 74 | | | | Plaintiff's Better Responses to Defendants' Interrogatories 15 and 16. |
| | 75 | | | | Defendant Liz Claiborne's First Set of Interrogatories to Plaintiff. |
| | 76 | | | | Plaintiff's Responses to Defendant Liz Claiborne's First Set of Interrogatories. |

FJW-LIT\36488\001.Trial Exhibit List.wpd

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## EXHIBIT C

**Marcel Fashion Group, Inc.'s Trial Witness List**

1.   Ezra Mizrachi
     394 NW 24th Street
     Miami, Florida

2.   Jackie Goldberg
     110 E. 9th St., Suite B 332
     Los Angeles, California

3.   Donna Skinner
     7220 NW 36th Street
     Suite 309
     Miami, Florida

4.   Sushil Tolani
     Miami, Florida

5.   Richard Lazarus
     Miami, Florida

6.   All witnesses referenced in Defendants Trail Witness List

7.   Trent Merrill
     5233 Alcoa Avenue
     Vernon, CA

8.   Barry Perlman
     5233 Alcoa Avenue
     Vernon, CA

9.   Jason Johnson
     5233 Alcoa Avenue
     Vernon, CA

10.  Karen Schneider
     1950 Sawtelle Blvd.
     Suite 325, Los Angeles, CA

11.  Weston Anson, expert witness

12.  Greg Battersby
     488 main Avenue
     3rd Floor, Norwalk, CT
     expert witness

-15-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

13.     Robin Lewis
        220 east 54th St.
        New York, NY
        expert witness

14.     Any witnesses called by Defendants

-16-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## EXHIBIT D

### Defendants' Trial Witness List

### (Pursuant to S.D. Fla. L.R. 16.1.E.10.)

The following are the witnesses Defendants expect to call to testify at the trial of this matter, except those who may be called for impeachment purposes:

1.    Trent Merrill
      Lucky Brand Dungarees, Inc.
      5233 Alcoa Avenue
      Vernon, California 90058

2.    Barry Perlman
      Lucky Brand Dungarees, Inc.
      5233 Alcoa Avenue
      Vernon, California 90058

3.    Jason Johnson
      Lucky Brand Dungarees, Inc.
      5233 Alcoa Avenue
      Vernon, California 90058

4.    Karen Schneider
      Schneider/Newman/Levine Communications
      1950 Sawtelle Blvd.
      Suite 325
      Los Angeles, CA 90025

5.    Margo Sokol
      Liz Claiborne, Inc.
      1441 Broadway
      New York, NY 10018

6.    Robin Lewis (**Expert Witness**)
      Robin Lewis Inc.
      220 East 54th Street
      Suite 1E
      New York, NY 10022

7.    Gregory J. Battersby, Esq. (**Expert Witness**)
      Grimes & Battersby L.L.P
      488 Main Avenue
      Third Floor
      Norwalk, CT 06851-1008

-17-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

8.  Sandra Ruiz **(by deposition)**
    2548 Cherrywood Street
    Henderson, NV 89108

9.  Darrell Seagraves **(by deposition)**
    1244 Diamond Valley Street
    Henderson, NV 89502

10. Joseph Federici **(by deposition)**
    1933 Summer Spruce Place, No. 103
    Las Vegal, NV 89134

11. Viviana Strahl-Dickieson **(by deposition)**
    2780 Glen Port
    Las Vegas, NV 89135

12. Dawn Okarma **(by deposition)**
    4316 East Tropicana, No. 99
    Las Vegas, NV 89121

13. Maryann Brelet **(by deposition)**
    423 East New York Avenue
    Las Vegas, NV 89104


In addition to the witnesses identified above, Defendants may call the following witnesses at the trial
of this matter if the need arises:

14. Bridget Belden
    Lucky Brand Dungarees, Inc.
    5233 Alcoa Avenue
    Vernon, California 90058

15. Liz Munoz
    Lucky Brand Dungarees, Inc.
    5233 Alcoa Avenue
    Vernon, California 90058

16. Judy Greenbaum
    Liz Claiborne, Inc.
    1441 Broadway
    New York, NY 10018

17. Ira B. Blum
    Tupelo Honey, Inc.
    3585 N.E. 207th Street
    Aventura, FL 33180

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

18.     Ezra Mizrachi
        Marcel Fashion Group, Inc.
        394 NW 24th Street
        Miami, FL 33127

I:\W-LIT\36488\001\pretrial stipulation-06.wpd

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## **EXHIBIT C**

### **Marcel Fashion Group, Inc.'s Trial Witness List**

1.  Ezra Mizrachi
    394 NW 24th Street
    Miami, Florida

2.  Jackie Goldberg
    110 E. 9th St., Suite B 332
    Los Angeles, California

3.  Donna Skinner
    7220 NW 36th Street
    Suite 309
    Miami, Florida

4.  Sushil Tolani
    Miami, Florida

5.  Richard Lazarus
    Miami, Florida

6.  All witnesses referenced in Defendants Trail Witness List

7.  Trent Merrill
    5233 Alcoa Avenue
    Vernon, CA

8.  Barry Perlman
    5233 Alcoa Avenue
    Vernon, CA

9.  Jason Johnson
    5233 Alcoa Avenue
    Vernon, CA

10. Karen Schneider
    1950 Sawtelle Blvd.
    Suite 325, Los Angeles, CA

11. Weston Anson, expert witness

12. Greg Battersby
    488 main Avenue
    3rd Floor, Norwalk, CT
    expert witness

-15-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

13.     Robin Lewis
        220 east 54th St.
        New York, NY
        expert witness

14.     Any witnesses called by Defendants

-16-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

## EXHIBIT D

## Defendants' Trial Witness List

## (Pursuant to S.D. Fla. L.R. 16.1.E.10.)

The following are the witnesses Defendants expect to call to testify at the trial of this matter, except those who may be called for impeachment purposes:

1.  Trent Merrill
    Lucky Brand Dungarees, Inc.
    5233 Alcoa Avenue
    Vernon, California 90058

2.  Barry Perlman
    Lucky Brand Dungarees, Inc.
    5233 Alcoa Avenue
    Vernon, California 90058

3.  Jason Johnson
    Lucky Brand Dungarees, Inc.
    5233 Alcoa Avenue
    Vernon, California 90058

4.  Karen Schneider
    Schneider/Newman/Levine Communications
    1950 Sawtelle Blvd.
    Suite 325
    Los Angeles, CA 90025

5.  Margo Sokol
    Liz Claiborne, Inc.
    1441 Broadway
    New York, NY 10018

6.  Robin Lewis (**Expert Witness**)
    Robin Lewis Inc.
    220 East 54th Street
    Suite 1E
    New York, NY 10022

7.  Gregory J. Battersby, Esq. (**Expert Witness**)
    Grimes & Battersby L.L.P
    488 Main Avenue
    Third Floor
    Norwalk, CT 06851-1008

-17-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

8.      Sandra Ruiz **(by deposition)**
        2548 Cherrywood Street
        Henderson, NV 89108

9.      Darrell Seagraves **(by deposition)**
        1244 Diamond Valley Street
        Henderson, NV 89502

10.     Joseph Federici **(by deposition)**
        1933 Summer Spruce Place, No. 103
        Las Vegal, NV 89134

11.     Viviana Strahl-Dickieson **(by deposition)**
        2780 Glen Port
        Las Vegas, NV 89135

12.     Dawn Okarma **(by deposition)**
        4316 East Tropicana, No. 99
        Las Vegas, NV 89121

13.     Maryann Brelet **(by deposition)**
        423 East New York Avenue
        Las Vegas, NV 89104

In addition to the witnesses identified above, Defendants may call the following witnesses at the trial of this matter if the need arises:

14.     Bridget Belden
        Lucky Brand Dungarees, Inc.
        5233 Alcoa Avenue
        Vernon, California 90058

15.     Liz Munoz
        Lucky Brand Dungarees, Inc.
        5233 Alcoa Avenue
        Vernon, California 90058

16.     Judy Greenbaum
        Liz Claiborne, Inc.
        1441 Broadway
        New York, NY 10018

17.     Ira B. Blum
        Tupelo Honey, Inc.
        3585 N.E. 207th Street
        Aventura, FL 33180

-18-

CASE NO. 01-7495-CIV-DIMITROULEAS/SELTZER

18.    Ezra Mizrachi
       Marcel Fashion Group, Inc.
       394 NW 24ᵗʰ Street
       Miami, FL 33127

I:\W-LIT\36488\001\Pretrial-stip-joint-05-marcel.wpd

-19-