UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARCEL FASHIONS GROUP, INC.,

                                    Plaintiff,

                    -against-

LUCKY BRAND DUNGAREES, INC., LIZ
CLAIBORNE, INC., and LUCKY BRAND
DUNGAREES STORES, INC.,

                                    Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/26/12_

11 **CIVIL** 5523 (LTS)
**JUDGMENT**

          Whereas on August 9, 2011, this case was transferred to this Court from the Southern

District of Florida on Defendants' motion to change venue; three motions are now before this Court:

1) Defendants' motion for summary judgment; 2) Plaintiff's motion for leave to file an amended

complaint; and 3) Plaintiff's motion for sanctions against Defendants for contempt, and the matter

having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on

September 25, 2012, having rendered its Memorandum Opinion and Order granting Defendants'

Motion for Summary Judgment, and denying Plaintiff's Motions for Leave to File an Amended

Complaint and for Sanctions Against Defendants for Contempt, and directing the Clerk of Court to

enter judgment for Defendants and close this case, it is,

          **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Opinion and Order dated September 25, 2012, Defendants' Motion for

Summary Judgment is granted, and Plaintiff's Motions for Leave to File an Amended Complaint and

for Sanctions Against Defendants for Contempt are denied; accordingly, judgment is entered for

Defendants and the case is closed.

**Dated:** New York, New York
          September 26 2012

THIS DOCUMENT WAS ENTERED
THE DOCKET ON _____

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**

                            **BY:**      _____
                                        **Deputy Clerk**