# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Marcel Fashion Group Inc.**

**Marcel Fashion Group Inc.**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

**Lenoard Green & Partners LP et el.**

**Lenoard Green & Partners LP et el.**

(List the full name(s) of the defendant(s)/respondent(s).)

**11** CV **5523** (LTS)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: **Marcel Fashion Group Inc.**

**Marcel Fashion Group Inc.**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☑ order entered on: **12/22/16 and 1/22/17**

(date that judgment or order was entered on docket)

that: **Granting Defendants' motion to dismiss the Complaint (DE 172, 175, 176)**

**Granting Defendants' motion to dismiss the Complaint (DE 172, 175, 176)**

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**2/3/2017**
Dated

Signature

**Law Office of Robert L. Greener P.C.**
Name (Last, First, MI)

**112 Madison Ave. 6th Floor** | **NY** | **NY** | **10016**
Address | City | State | Zip Code

**646 415 8920** | **rlg@greenerlegal.com**
Telephone Number | E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13