UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARCEL FASHIONS GROUP, INC.,

      Plaintiff,

  -v-                                      No.  11 CV 5523-LTS-RWL

LUCKY BRAND DUNGAREES, INC., et al.,

      Defendants.

-------------------------------------------------------x

## ORDER

The Court intends to reinstate the judgment entered on January 27, 2017 (docket entry no. 176, previously vacated by docket entry no. 183), and close the case in light of the Supreme Court's decision in Marcel Fashions Group, Inc. v. Lucky Brands Dungarees, Inc., 140 S. Ct. 1589 (2020), and the Second Circuit's Mandate (docket entry no. 205).  The parties are directed to meet and confer and file a joint statement by **June 29, 2020,** setting forth their respective objections, if any, to the Court's planned disposition.

      SO ORDERED.

Dated: New York, New York
       June 19, 2020

                                                  /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge